Stephen R. Thomas, ISB No. 2326
Lee Radford, ISB No. 5719
MOFFATT, THOMAS, BARRETT, ROCK &
    FIELDS, CHARTERED
101 S. Capitol Blvd., 10th Floor
Post Office Box 829
Boise, Idaho 83701
Telephone (208) 345-2000
Facsimile (208) 385-5384
srt@moffatt.com
klr@moffatt.com
23748.0001

Steven J. Yatvin
Owen H. Smith
BARACK FERRAZZANO KIRSCHBAUM &
    NAGELBERG LLP
200 W. Madison St., Suite 3900
Chicago, Illinois 60606
Telephone (312) 984-3100
Facsimile (312) 984-3150
steve.yatvin@bfkn.com
owen.smith@bfkn.com

Attorneys for Defendants Volkswagen of
America, Inc. and Audi of America, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| B.A. WACKERLI, CO., a corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>VOLKSWAGEN OF AMERICA, INC., a corporation, & AUDI OF AMERICA, INC., a corporation,<br><br>    Defendants. | Case No. 4:12-cv-00373-BLW<br><br>**DECLARATION OF STEPHEN R. THOMAS IN SUPPORT OF OPPOSITION TO B.A. WACKERLI'S MOTION FOR A STAY PENDING JUDICIAL REVIEW** |

**DECLARATION OF STEPHEN R. THOMAS IN SUPPORT OF
OPPOSITION TO B.A. WACKERLI'S MOTION FOR A STAY
PENDING JUDICIAL REVIEW - 1**

Client:2506563.1

STATE OF IDAHO    )
                  ) ss.
County of Ada     )

STEPHEN R. THOMAS, under penalty of perjury states as follows:

1.  I am a member of the bar of the state of Idaho and of the above-captioned law firm, which is counsel of record to defendants Volkswagen of America, Inc. ("VWoA") and Audi of America, Inc. ("AoA"). I submit this declaration in further support of the defendants' Opposition to B.A. Wackerli's Motion for a Stay Pending Judicial Review.

2.  Attached hereto as **Exhibit A** is a true and correct copy of excerpts of the transcript of the hearing conducted before the Idaho Transportation Department and Hearing Officer Stephen Bywater on April 25-26, 2012 in the protest actions filed by B.A. Wackerli, Co. ("Wackerli") against VWoA and AoA.

3.  Attached hereto as **Exhibit B** is a true and correct copy of that certain dealer agreement, dated June 30, 1998, between VWoA and Wackerli.

4.  Attached hereto as **Exhibit C** is a true and correct copy of that certain dealer agreement, dated January 1, 1997, between AoA and Wackerli.

5.  Attached hereto as **Exhibit D** is a true and correct copy of that certain Settlement Agreement, dated April 28, 2010, between VWoA, AoA, and Wackerli.

6.  Attached hereto as **Exhibit E** is a true and correct copy of the Verified Motion of Subaru of America, Inc. ("Subaru") for (i) Relief from Automatic Stay, (ii) in the alternative, to Compel Debtor to Immediately Assume or Reject the Agreement, or (iii) in the alternative, to Compel the Debtor to Provide Adequate Assurance of Future Performance, which was filed on June 12, 2009 in the proceeding styled *In re B.A. Wackerli Co., Inc.*, No. 09-40202

**DECLARATION OF STEPHEN R. THOMAS IN SUPPORT OF
OPPOSITION TO B.A. WACKERLI'S MOTION FOR A STAY
PENDING JUDICIAL REVIEW - 2**

Client:2506563.1

before the United States Bankruptcy Court for the District of Idaho (the "Wackerli Bankruptcy Proceeding").

7. Attached hereto as **Exhibit F** is a true and correct copy of Wackerli and Subaru's joint Motion for Approval of Settlement, which was filed on September 23, 2009 in the Wackerli Bankruptcy Proceeding.

8. Attached hereto as **Exhibit G** is a true and correct copy of the Joint Objection of VWoA and AoA to Motion of Debtor to Assume Executory Contracts ("Objection to Motion to Assume"), which was filed on February 5, 2010 in the Wackerli Bankruptcy Proceeding.

9. Attached hereto as **Exhibit H** is a true and correct copy of an e-mail from Rob Maynes to Jim Vogler dated April 2, 2010, with attached Outline of Settlement of the Objection to Motion to Assume.

10. Attached hereto as **Exhibit I** is a true and correct copy of an e-mail from John Kennard to Rick VanHassel dated June 23, 2010.

11. Attached hereto as **Exhibit J** is true and correct copy of the Affidavit of Steven B. Wackerli, which was filed on May 27, 2011 in the Wackerli Bankruptcy Proceeding.

12. Attached hereto as **Exhibit K** is a true and correct copy of a letter dated January 17, 2012, from VWoA representatives Joseph Vignone and Robert Kim to Steven B. Wackerli, providing notice of termination of the Volkswagen Dealer Agreement dated June 30, 1998.

13. Attached hereto as **Exhibit L** is a true and correct copy of a letter dated January 17, 2012, from AoA representatives Michael Cagle and Treffen White to Steven B. Wackerli, providing notice of termination of the Audi Dealer Agreement dated January 1, 1997.

14. Attached hereto as **Exhibit M** is a true and correct copy of the Findings of Fact, Conclusions of Law and Preliminary Order of the Idaho Transportation Department in *B.A. Wackerli Co. v. Audi of America, Inc.*, issued by Hearing Officer Stephen Bywater and dated June 8, 2012.

15. Attached hereto as **Exhibit N** is a true and correct copy of the Findings of Fact, Conclusions of Law and Preliminary Order of the Idaho Transportation Department in *B.A. Wackerli Co. v. Volkswagen of America, Inc.*, issued by Hearing Officer Stephen Bywater and dated June 8, 2012.

16. Attached hereto as **Exhibit O** is a true and correct copy of Wackerli's Combined Petition for Reconsideration of the Hearing Officer's Preliminary Order, dated June 21, 2012.

17. Attached hereto as **Exhibit P** is a true and correct copy of the Decision on Petition for Reconsideration of the Idaho Transportation Department in *B.A. Wackerli Co. v. Volkswagen of America, Inc.*, issued by Hearing Officer Stephen Bywater and dated June 25, 2012.

18. Attached hereto as **Exhibit Q** is a true and correct copy of the Decision on Petition for Reconsideration of the Idaho Transportation Department in *B.A. Wackerli Co. v. Audi of America, Inc.*, issued by Hearing Officer Stephen Bywater and dated June 25, 2012

19. Attached hereto as **Exhibit R** is a true and correct copy of Wackerli's Combined Petition for Review, dated June 29, 2012.

20. Attached hereto as **Exhibit S** is a true and correct copy of Wackerli's Emergency Motion for Immediate Administrative Stay, dated July 12, 2012.

**DECLARATION OF STEPHEN R. THOMAS IN SUPPORT OF
OPPOSITION TO B.A. WACKERLI'S MOTION FOR A STAY
PENDING JUDICIAL REVIEW - 4**

Client:2506563.1

21. Attached hereto as **Exhibit T** is a true and correct copy of the Idaho Transportation Department's Order Granting B.A. Wackerli Co.'s Emergency Motion for Immediate Administrative Stay, issued by Director Brian Ness and dated July 12, 2012.

22. Attached hereto as **Exhibit U** is a true and correct copy of the Idaho Transportation Department's Order of Dismissal and Dissolution of Stay, issued by Director Brian Ness and dated July 13, 2012.

23. Attached hereto as **Exhibit V** is a true and correct copy of Wackerli's "New Complaint Filing," including a Petition for Judicial Review and Motion for Temporary Restraining Order (with accompanying papers), dated July 23, 2012.

24. Attached hereto as **Exhibit W** is a true and correct copy of Wackerli's Motion to Determine that Terms of the Confirmed Plan Require: (1) Volkswagen and Audi to Provide Sufficient Vehicles to Justify Construction of the New Facility Under the Confirmed Plan, and that (2) Volkswagen and Audi are in Violation of the Terms of the Confirmed Plan ("Motion to Determine Terms"), which was filed on May 27, 2011 in the Wackerli Bankruptcy Proceeding.

25. Attached hereto as **Exhibit X** is a true and correct copy of the transcript of the hearing on Wackerli's Motion to Determine Terms, which was held before Hon. Jim D. Pappas of the United States Bankruptcy Court for the District of Idaho on August 9, 2011.

I declare under the penalty of perjury that the foregoing is true and correct.

DATED this 30th day of July, 2012.

_____
Stephen R. Thomas

**DECLARATION OF STEPHEN R. THOMAS IN SUPPORT OF
OPPOSITION TO B.A. WACKERLI'S MOTION FOR A STAY
PENDING JUDICIAL REVIEW - 5**

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of July, 2012, I filed the foregoing **DECLARATION OF STEPHEN R. THOMAS IN SUPPORT OF OPPOSITION TO B.A. WACKERLI'S MOTION FOR A STAY PENDING JUDICIAL REVIEW** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Michael D. Gaffney**
gaffney@beardstclair.com
*Attorneys for Plaintiff B.A. Wackerli, Co.*

**Steven J. Yatvin**
steve.yatvin@bfkn.com
*Attorneys for Defendants Volkswagen of America, Inc. and Audi of America, Inc.*

**Owen H. Smith**
owen.smith@bfkn.com
*Attorneys for Defendants Volkswagen of America, Inc. and Audi of America, Inc.*

_____
Stephen R. Thomas

**DECLARATION OF STEPHEN R. THOMAS IN SUPPORT OF OPPOSITION TO B.A. WACKERLI'S MOTION FOR A STAY PENDING JUDICIAL REVIEW - 6**

Client:2506563.1