EXHIBIT C

# AUDI DEALER AGREEMENT

1. **APPOINTMENT.** Audi of America, Inc., a division of Volkswagen of America, Inc. ("Audi"), having a place of business at 3800 Hamlin Road, Auburn Hills, MI  48326, appoints B. A. Wackerli Co., Inc. ("Dealer"), doing business under the fictitious name          , having its place of business at 2250 North Holmes, Idaho Falls, ID 83401, as an authorized dealer in Audi brand motor vehicles and genuine parts and accessories therefor.  Accordingly, the parties agree as follows:

2. **STANDARD PROVISIONS.** The Dealer Agreement Standard Provisions (the "Standard Provisions"), the Dealer Operating Plan (the "Operating Plan"), the Audi Business Basics (the "Business Basics"), the Audi Retail Capacity Guide (the "Retail Capacity Guide") and the Audi Business File are part of this Agreement.  Any term not defined in this Agreement has the meaning given such term in the Standard Provisions or Recommendations.

3. **OWNERSHIP AND MANAGEMENT.** To induce Audi to enter into this Agreement, Dealer represents that the persons identified in the Statement of Ownership and Management, which is attached as Exhibit A, are Dealer's Owners and Executives.  Audi is entering into this Agreement in reliance upon these representations, and upon the continued provision by such persons of their personal services in fulfillment of Dealer's obligations under this Agreement.  Accordingly, Dealer agrees there will be no change in Dealer's Owners without Audi's prior written consent, and no change in Dealer's Executives without prior notice to Audi.

4. **MINIMUM FINANCIAL REQUIREMENTS.** Dealer agrees to comply and maintain compliance with the minimum financial requirements established for Dealer from time to time in accordance with the Operating Plan or Recommendations.  Throughout the term of this Agreement those minimum financial requirements are subject to revision by Audi, after review with Dealer, in light of operating conditions and the development of Dealer's business and business potential.

5. **DEALER'S PREMISES.** Audi has approved the location of Dealer's Premises as specified in the Dealer Premises Addendum, attached as Exhibit B.  Dealer agrees that, without Audi's prior written consent, it will not (a) make any major structural change in any of Dealer's Premises, (b) change the location of any of Dealer's Premises or (c) establish any additional premises for Dealer's Operations.

**EXHIBIT**

tabbies

104

6. EXCLUSION OF WARRANTIES. EXCEPT FOR AUDI'S WARRANTIES, AND EXCEPT AS PROVIDED IN ARTICLE 9(1) OF THE STANDARD PROVISIONS, THERE ARE NO EXPRESS OR IMPLIED WARRANTIES OR OBLIGATIONS OF THE MANUFACTURER OR AUDI AS TO THE QUALITY OR CONDITION OF AUTHORIZED PRODUCTS, OR AS TO THEIR MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE, AND, TO THE EXTENT PERMITTED BY LAW, DEALER WILL EXCLUDE ANY AND ALL SUCH WARRANTIES AND OBLIGATIONS IN ITS SALES OF AUTHORIZED PRODUCTS.

7. TERM. The term of this Agreement begins on the date of its delivery to Dealer or on January 1, 1997, whichever is later. This Agreement shall continue in effect until terminated by either party or superseded by a new Dealer Agreement with Audi.

8. GOVERNING LAW. This Agreement will be construed in accordance with the laws of the State of Idaho. Should the performance of any obligation under this Agreement violate any valid law of such jurisdiction, then this Agreement shall be deemed modified to the minimum extent necessary to comply with such law.

9. ADDITIONAL TERMS AND CONDITIONS. The Addenda attached hereto as Exhibits A through B are part of this Agreement, and are incorporated into this Agreement by this reference.

DATED: _____ , 19 ___ .

AUDI OF AMERICA, INC.

BY: _____

    NAME: GERHARD R. REICH
    TITLE: NETWORK DEVELOPMENT

DEALER

BY: _____

    NAME: STEVEN WACKERLI
    TITLE: PRESIDENT

Form: Audia.doc 9/96

2

## EXHIBIT A
## AUDI DEALER AGREEMENT
## STATEMENT OF OWNERSHIP AND MANAGEMENT (AMENDED APRIL ___, 2010)

1. Dealer Legal Name:    B.A. Wackerli Co., Inc.
   d/b/a Wackerli Audi

2. Principle Place of Business: 1400 N. Holmes
   Idaho Falls, ID 83401

3. Dealer is a corporation, incorporated on January 1, 1959, under the laws of the State of Idaho.

4. The following person(s) is/are the beneficial and record owner(s) of Dealer:

| Name and Address of Each Record and Beneficial Owner | If a Corporation, Number and Class of Shares | Percentage of Ownership of Record in Dealer |
|---|---|---|
| Steven B. Wackerli 1400 N. Holmes Idaho Falls, ID 83401 | | 70% |
| Paul Wareing 1400 N. Holmes Idaho Falls, ID 83401 | | 20% |
| Trudy Harmel 1400 N. Holmes Idaho Falls, ID 83401 | | 10% |

5. The following persons are Dealer's Officers:

| Name and Address | Title |
|---|---|
| Steven B. Wackerli 1400 N. Holmes Idaho Falls, ID 83401 | President |
| Paul Wareing 1400 N. Holmes Idaho Falls, ID 83401 | Vice President |
| Trudy Harmel 1400 N. Holmes Idaho Falls, ID 83401 | Secretary/Treasurer |

6.  The following person functions as the Authorized Representative of Dealer.  As such he or she is an agent of Dealer and is authorized, and Audi is entitled to rely on their authority, to make all decisions on behalf of Dealer with respect to Dealer's Operations:

Name and Address       Signature

Steven B. Wackerli
1400 N. Holmes
Idaho Falls, ID  83401

Steven B. Wackerli                                                           Date
General Manager

Dealer hereby certifies that the foregoing information is true and complete as of the date below.  Audi has entered into this Agreement in reliance upon the qualifications, and the continued provision of personal services in the ownership and management of Dealer by the persons identified above.

This Exhibit cancels any prior Statement of Ownership and Management.

AUDI OF AMERICA, INC.

BY:                                                              DATE: 7 · 27 · 10
    NAME:  MARK DEL ROSSO
    TITLE:  CHIEF OPERATING OFFICER

DEALER:
B.A. Wackerli Co., Inc. d/b/a Wackerli Audi

BY:                                                              DATE:
    NAME:  STEVE WACKERLI
    TITLE:  PRESIDENT

H-2

# EXHIBIT B TO
# AUDI DEALER AGREEMENT

## ADDITIONAL TERMS AND CONDITIONS ADDENDUM

1.    Dealer firm name:

   B.A. Wackerli Co., Inc.
   d/b/a Wackerli Audi

2.    Audi has approved the location of the following premises, and no others for Dealer's Operations for a period of time beginning as of the date set forth below and ending at the earlier to occur of (i) such time as Dealer's operations are relocated to newly-constructed sales and service facilities at 1400 N. Holmes, and (ii) March 31, 2012:

   a.    Sales Facilities:

      1400 N. Holmes Ave., Idaho Falls, ID 83401

   b.    Authorized Automobile Storage Facilities:

      1400 N. Holmes Ave., Idaho Falls, ID 83401

   c.    Service Facilities:

      1363 N. Holmes Ave., Idaho Falls, ID 83401

   d.    Genuine Parts Storage Facilities:

      1363 N. Holmes Ave., Idaho Falls, ID 83401

   e.    Used Car Lot:

      1400 N. Holmes Ave, Idaho Falls, ID 83401

Dealer hereby certifies that the foregoing information is true and complete as of the date below.

This Exhibit cancels any prior Dealer Premises Addendum.

DATED: [APPROVAL DATE], 2010.

AUDI OF AMERICA, INC.

BY: _____
   Mark Del Rosso, Chief Operating Officer

DEALER:
B.A. Wackerli Co., Inc. d/b/a Wackerli Volkswagen

BY: _____
   Steve Wackerli, President

EXHIBIT C
AUDI DEALER AGREEMENT
Additional Terms and Conditions Addendum

## Facility Construction Agreement

This Additional Terms and Conditions Addendum (this "Addendum") is an integral part of the Audi Dealer Agreement dated January 1, 1997 (the "Dealer Agreement"), between Audi of America, Inc., a division of Volkswagen Group of America, Inc. ("Audi"), and B.A. Wackerli Co., Inc., d/b/a Wackerli Audi located at 2250 N. Holmes Avenue, Idaho Falls, ID 83401 ("Dealer").

1. In order to induce Audi to enter into this Addendum, and the Dealer Agreement of which it is part, Dealer will conduct a renovation at 1400 N. Holmes Avenue, Idaho Falls, ID 83401 (the "Proposed Dealership Premises") including but not limited to, the minimum square footage, Corporate Identification, and Branding Elements prescribed by Audi. Furthermore, the Facility shall at all times comply with the requirements of the Audi Dealer Operating Standards, and include at a minimum:

    a. An exclusive Audi new vehicle showroom to be used exclusively for Dealer's new Audi sales operations.

    b. A dedicated Audi sales staff.

    c. Service facilities providing a separate Write-up Area exclusively for Audi service customers.

    d. An area dedicated to the storage of Audi parts.

2. Dealer will adhere to the timetables set forth below for completion of the respective actions described:

    a. Construction Drawings. By December 15, 2010, Dealer shall have developed final Construction Drawings and a finish schedule for the Proposed Dealership Premises. During the development of Construction Drawings, Dealer shall collaborate closely with Audi of America representatives for input on design and showroom layout. Prior to the final submission of Construction Drawings, Dealer will submit to AoA Construction Drawings for review and approval.

    b. Renovation Start. By March 31, 2011, Dealer will have obtained all of the necessary approvals and building permits and will begin construction of the Facility at the Proposed Dealership Premises.

    c. Renovation Completion. By the earlier of (i) 18 months after the approval of Dealer's Plan of Reorganization by the United States Bankruptcy Court for the District of Idaho and (ii) March 31, 2012, Dealer will complete renovation of the Facility at the Proposed Dealership Premises and have it ready for use, in a manner fully approved by AoA and in accordance with the construction drawings or revised construction drawings approved by AoA. By this date, Dealer will occupy the Facility.

3. If Dealer shall fail to adhere to any timetable or meet any deadline specified in this Addendum, due to delays wholly out of Dealer's control, and despite Dealer's best efforts to meet each deadline or adhere to each timetable, then Dealer may petition Audi for an extension. To do so, Dealer shall, no later than five days prior to any deadline, notify Audi in writing of the specific reasons for

noncompliance and the new date for compliance. Audi in its reasonable discretion, may review Dealer's reasons for failing to meet such deadline, and Audi in its reasonable option may accept or disapprove the extension. Regardless of the reason for noncompliance, if Dealer does not timely complete all its undertakings there under, Dealer acknowledges that Audi would have good cause, under the Idaho Motor Vehicle Code, to terminate this agreement.

4. It is understood and agreed that Audi will not approve any new premises for Dealer's Operations which are not constructed:

   a. At a location, and in accordance with building plans, approved in advance by Audi, and

   b. In accordance with Audi's standards for dealership facilities.

5. Commencing with the execution hereof, Dealer agrees to provide Audi with a monthly report on the status on Dealer's progress in its design and construction of the Facility, including the proposed completion date of all commitments outlined in Paragraph 2, when it can be estimated.

6. If Dealer shall, without written approval from Audi, fail to comply timely with any provisions of this Addendum, then Dealer agrees that, regardless of the weight or magnitude of, or reason for, such failure, Audi may, at its option, terminate the Dealer Agreement of which this Addendum is a part, and shall be under no obligation to offer to enter into any subsequent Dealer Agreement with Dealer. Dealer acknowledges that, in that event, Audi would have good cause for terminating or failing to renew the Dealer Agreement. If Dealer shall fail for any reason whatsoever to satisfy any of the terms and conditions set forth in this Addendum, neither Dealer, its beneficial owners, nor any other person, shall make any claim or demand in any court or before any administrative body against or upon Audi for reimbursement of any funds expended by them or any of them, or for damages arising out of any termination of the Dealer Agreement or out of the transactions contemplated by this Addendum.

7. Dealer acknowledges that Audi has made no representations, promises or warranties that Dealer's Operations will be financially successful in either the short or long-term. Dealer further understands and acknowledges that its renovation of the Facility will not deprive Audi of its rights under this Addendum or the Dealer Agreement or any subsequent Dealer Agreement to terminate or fail to renew any such agreement pursuant to the provisions thereof and applicable law.

IT WITNESS WHEREOF, the parties hereto have caused this Addendum to be executed by their duly authorized officers on the day below written.

AUDI OF AMERICA, INC.

BY: _____   DATE: 7.27.10 _____

NAME: MARK DEL ROSSO

TITLE: CHIEF OPERATING OFFICER


DEALER

BY: _____   DATE: _____

NAME: STEVE WACKERLI

TITLE: PRESIDENT


F-2



# Audi Dealer Agreement Standard Provisions

# ARTICLE 1

## BASIC OBLIGATIONS OF AUDI

### Supply of Authorized Products

(1) Audi will sell and deliver Authorized Products to Dealer in accordance with this Agreement.

### Assistance

(2) Audi will actively assist Dealer in all aspects of Dealer's Operations through such means as Audi considers appropriate, including:

(a) Annual reviews of Dealer's compliance with this Agreement, the Business Basics, the Retail Capacity Guide, the Operating Standards;

(b) Recommendations; and

(c) Schools, special training and meetings for Dealer's personnel.

### Compliance with Ethical Standards

(3) In the conduct of its business, Audi will:

(a) Safeguard and promote the reputation of Authorized Products and the Manufacturer;

(b) Refrain from all conduct which might be harmful to the reputation or marketing of Authorized Products or inconsistent with the public interest; and

(c) Avoid all discourteous, deceptive, misleading, unprofessional or unethical practices.

# ARTICLE 2

## BASIC OBLIGATIONS OF DEALER

### Sales, Service and Parts Supply

(1) Dealer assumes the responsibility in Dealer's Area for the promotion and sale of Authorized Products and for the supply of Genuine Parts and customer service for Authorized Products. This Agreement does not give Dealer any exclusive right to sell or service Authorized Products in any area or territory.

### Compliance with Ethical Standards

(2) In the conduct of its business, Dealer will:

(a) Safeguard and promote the reputation of Authorized Products, the Manufacturer and Audi;

(b) Refrain from all conduct which might be harmful to the reputation or marketing of Authorized Products or inconsistent with the public interest; and

(c) Avoid all discourteous, deceptive, misleading, unprofessional or unethical practices.

### Business Basics, Business File, Retail Capacity Guide and Operating Plan

(3) The Business Basics, Business File, Retail Capacity Guide and Operating Plan are part of this Agreement and are incorporated herein by this reference.

### Disclaimer of Further Liability by Audi

(4) Except as expressly provided in this Agreement, Audi is not liable for any expenditure made or liability incurred by Dealer in connection with Dealer's performance of its obligations under this Agreement.

## ARTICLE 3

### GENERAL MANAGEMENT AND FACILITY REQUIREMENTS

Dealer's General Management

(1) In the conduct of its business, Dealer will have the following minimum staff:

    (a) An Authorized Representative (provided, that such Authorized Representative may be one of Dealer's Owners).

    (b) Such additional department managers and other employees as set forth in the Business Basics or Operating Plan.

Dealer's Premises

(2) Dealer's Premises, in sales, service and parts, will conform to the requirements of this Agreement, the Retail Capacity Guide, the Operating Plan and such other reasonable standards as Audi may prescribe from time to time, after review with Dealer.

(3) Unless otherwise agreed by Audi in writing, Dealer will operate Dealer's Premises during the customary business hours of the trade in Dealer's Area.

## ARTICLE 4

### IDENTIFICATION; ADVERTISING

Use of Authorized Trademarks

(1) Audi will supply Dealer, from time to time, with trademark standards to assist Dealer in the proper usage of Authorized Trademarks. Dealer will use Authorized Trademarks only in connection with the promotion and sale of new Authorized Products and customer service for Authorized Products pursuant to this Agreement, and only in the manner and for the purposes Audi specifies. Dealer will not use any Authorized Trademark as part of its corporate or business name without the prior written consent of Audi. Dealer also may use Authorized Trademarks in connection with the sale of used automobiles if Dealer complies fully with Audi's requirements relating to used car sales under the Authorized Trademarks. If Dealer does not comply fully with these requirements, Dealer may not use any Authorized Trademarks in connection with its used car sales, except that Dealer may use the word "Audi" to describe Authorized Automobiles, if this word appears in characters and colors different from those usually employed by the Manufacturer, Audi and authorized dealers of Audi. This Agreement does not grant Dealer any license or permission to use Authorized Trademarks except as mentioned herein, and Dealer has no right to grant any such permission or interest.

Signs

(2) Dealer will display conspicuously at Dealer's Premises such Authorized Signs at such locations as Audi reasonably may require. Dealer will use its best efforts to obtain all governmental approvals necessary for such display. If Dealer transfers any of Dealer's Premises to another location, Dealer immediately will remove all Authorized Signs and other references to Authorized Products displayed at or around the prior location.

### Stationery

(3) All stationery and business forms used in Dealer's Operations will be prepared in accordance with Recommendations. Dealer's use of Authorized Trademarks on stationery and business forms will be in accordance with trademark standards supplied by Audi.

### Advertising

(4) Dealer will advertise Authorized Products and customer service for Authorized Products only in accordance with reasonable guidelines and policies established by Audi. Dealer will refrain from all false, deceptive, misleading or unlawful advertising. Dealer's advertising will include, among other things, a listing in a principal local classified telephone directory in Dealer's Area. Authorized Trademarks will be used for identification in all product and customer service advertising, in accordance with the provisions of this Agreement. Audi will provide or sell to Dealer sufficient quantities of all legally required brochures, as well as all current sales, service and parts literature and promotional materials, and Dealer shall prominently display them and make them readily available.

# ARTICLE 5

## SALES

### Sales Promotion

(1) Dealer will use its best efforts to promote the sale of Authorized Automobiles in Dealer's Area, through regular contacts with owners, users, and prospective owners and users of Authorized Products; through promotion, prospecting, and follow-up programs; and through such means and at such levels as may be indicated from time to time by the Business Basics, Operating Plan and Recommendations.

### Sales Performance

(2) Dealer will achieve the best sales performance possible in Dealer's Area for each model and type of Authorized Automobile. The measurement for Dealer's yearly sales performance will be the objective established in the applicable annual Operating Plan.

### Sales Outside Area

(3) Subject to Dealer's performance of its obligations under Article 5(2), Audi does not restrict Dealer's sale of Authorized Products within the 50 United States.  Audi hereby informs Dealer, however, that Audi has no authority to sell any products for distribution outside the United States, and it is Audi's policy not to do so. Dealer acknowledges its understanding that this is intended to preserve the integrity of the orderly worldwide distribution network for the products supplied to Audi, and to maximize customer satisfaction by ensuring that Authorized Products meet the certification and operational standards to which they were designed. Dealer therefore is authorized to sell new Authorized Products only in the 50 United States, and is not authorized to, and agrees it will not, sell any new Authorized Product for sale or use elsewhere.

### Defective or Damaged Authorized Products

(4) If any Authorized Product sold by Audi to Dealer should become defective or damaged prior to its delivery by Dealer to a customer, Dealer agrees to repair such defect or damage so that such Authorized Product is placed in first-class salable condition prior to such delivery. Dealer immediately will notify Audi of any substantial defects or damage and will follow such procedures for making damage claims as Audi may establish from time to time. Audi shall have the option to repurchase any Authorized Products with substantial defects or damage at the price at which they were originally sold by Audi, less any prior refunds or

allowances made by Audi and less any insurance proceeds received by Dealer in respect of such defect or damage. Audi will make an equitable adjustment with respect to damage which Dealer can demonstrate occurred prior to the time of delivery to Dealer. Audi will disclose to Dealer as may be required any damage which Audi repaired before delivering an Authorized Automobile to Dealer. Dealer will properly disclose such repair prior to delivering such Authorized Automobile to a customer, and will hold Audi harmless from any claims that required disclosure was not made.

## Changes by Dealer to Authorized Products

(5) Audi may request Dealer to make changes, or not to make changes, to Authorized Products, and Dealer agrees to comply promptly with such requests. Dealer also agrees to take such steps as Audi may direct it to take to comply with any law or regulation pertaining to safety, emissions, noise, fuel economy or vehicle labeling.  Audi will reimburse Dealer at the then-current rate of reimbursement specified by Audi for Dealer for Genuine Parts and for labor which may be used by Dealer in making such required changes on Authorized Products. Parts and other materials necessary to make such changes may be shipped to Dealer without Dealer's authorization and Dealer will accept them. Dealer will receive credit for parts so shipped which prove unnecessary, provided they are returned or disposed of in accordance with Audi's instructions. If the laws of the state in which Dealer is located or a vehicle is to be registered require motor vehicles to carry equipment not installed or supplied as standard equipment by the Manufacturer or Audi, upon Audi's request Dealer will, prior to selling any Authorized Automobiles on which such installation is required, properly install at its own or its customers' expense equipment conforming to such laws and to Audi's standards. Dealer agrees to indemnify the Manufacturer and Audi and hold them harmless from any and all liabilities that may arise out of Dealer's failure or alleged failure to comply with any obligation assumed by Dealer in this paragraph.

## Product Changes by Dealer Neither Requested by Audi nor Required by Law

(6) If Dealer installs on a new Authorized Automobile any equipment, accessory or part other than a Genuine Part; sells any new Authorized Automobile which has been modified; or sells in conjunction with a new Authorized Automobile a service contract not offered or specifically endorsed in writing by Audi, then Dealer will advise the customer of the identity of the warrantor of such modification, equipment, accessory or part, or, in the case of a service contract, of the identity of the provider of its coverage. Dealer will indemnify Audi against claims that may be asserted against Audi, in any action by reason of such modification, equipment, accessory, part or service contract. ANY UNAUTHORIZED MODIFICATION TO AUTHORIZED PRODUCTS BY DEALER WHICH ADVERSELY AFFECTS THE SAFETY OR EMISSIONS OF AN AUTHORIZED AUTOMOBILE WILL BE A VIOLATION OF THIS AGREEMENT AND CAUSE FOR TERMINATION PURSUANT TO ARTICLE 14(2).

## Used Car Operations

(7) Dealer will use its best efforts to acquire, promote, and sell at retail used Authorized Automobiles and other used automobiles. Dealer's used car operations will conform to the requirements of the Business Basics, Retail Capacity Guide, Operating Plan, Recommendations and such other reasonable standards as Audi may prescribe, after review with Dealer.

## ARTICLE 6

## PARTS

### Parts Promotion

(1)  Dealer will use its best efforts to promote the sale of Genuine Parts in Dealer's Area, through regular contacts with owners, users, and prospective owners and users of Authorized Products; through promotion, prospecting and follow-up programs; and through such means as may be indicated from time to time by Recommendations.

### Parts Department

(2)  Dealer's parts department will conform to the requirements of the Business Basics, Retail Capacity Guide, Operating Plan and such other reasonable standards as Audi may prescribe, after review with Dealer.

### Sale of Non-genuine Parts

(3)  Dealer will not sell any parts which are not equivalent in quality and design to Genuine Parts, if such parts are necessary to the mechanical operation of Authorized Automobiles. Dealer will not represent as new Genuine Parts any parts which are not new Genuine Parts. If Dealer sells a part or accessory which is not a Genuine Part, Dealer will advise the customer of the identity of the warrantor of such part or accessory.

### Parts Inventory

(4)  Dealer will maintain an inventory of Genuine Parts which is sufficient to perform reasonably anticipated warranty service and wholesale trade requirements in Dealer's Area for Genuine Parts. Audi will make Recommendations for Dealer's inventory of Genuine Parts based on particular conditions in Dealer's Area, and Dealer will give due consideration to such Recommendations.

## ARTICLE 7

## SERVICE

### Quality and Promotion of Service

(1)  Dealer will provide the best possible customer service for all owners of Authorized Automobiles and automobiles of the same make formerly sold by Audi, and will use its best efforts to promote its customer service. Dealer's service facilities, equipment, and personnel will conform to the requirements of the Business Basics, Retail Capacity Guide, Operating Plan and such other reasonable standards as Audi may prescribe, after review with Dealer.

### Tools

(2)  Special tools and general workshop equipment meeting Audi's standards shall be available at Dealer's Premises in working condition. Audi's minimum standards shall be found in the Business Basics and the Operating Plan, which will be updated from time to time.

### Use of Non-genuine Parts

(3)  Dealer will not use in the repair or servicing of Authorized Automobiles any parts which are not equivalent in quality and design to Genuine Parts, if such parts are necessary to the mechanical operation of such Authorized Automobiles. Dealer will use only Genuine Parts in performing warranty service on Authorized Automobiles. Dealer will not represent as new Genuine Parts any parts used by it in the repair or servicing of Authorized Automobiles which are not new Genuine Parts.

### Owner's Documents

(4) Upon delivering a new Authorized Automobile to a customer, Dealer will provide the Owner's Documents supplied by Audi for such Authorized Automobile, properly completed by Dealer. Dealer will take all steps required prior to delivery of the Authorized Automobile, and, in particular, will perform properly the pre-delivery services specified by Audi.

### Maintenance and Other Services Without Customer Charge

(5) In accordance with bulletins issued from time to time by Audi and Audi's Warranties, certain maintenance services and other repairs following delivery of a new Authorized Automobile may be free of charge to the customer. Upon presentation of an appropriate Owner's Document, Dealer will perform properly the services required, whether or not the Authorized Automobile to be serviced was sold by Dealer. Upon the submission of appropriate claims, Audi will reimburse Dealer for performing such services at the then-current rate of reimbursement specified by Audi for Dealer. Audi will establish procedures for submitting and processing such claims and transmitting reimbursements to Dealer. Dealer agrees to comply with these procedures.

### Repeated Repairs

(6) Dealer will notify Audi in writing or by electronic mail of repairs to Authorized Automobiles pursuant to Audi's Warranties under each of the following circumstances:

(a) The Authorized Automobile has been brought to Dealer a specified number of times for the same complaint; or

(b) The Authorized Automobile has been in Dealer's custody for all repairs pursuant to Audi's Warranties a specified number of days.

Such notification shall be made at the times and by the means Audi may have instructed in any then-current dealer warranty manual issued by Audi.


## ARTICLE 8

## DEALER'S PURCHASES AND INVENTORIES

### Purchase Prices

(1) Audi will sell Authorized Products to Dealer at prices and upon terms established by Audi from time to time. If Audi increases its established prices, Dealer may cancel all orders for Authorized Products affected by the increase which are unfilled at the time Dealer receives notice of the increase, by giving Audi written notice of cancellation within ten days from the time Dealer receives notice of the price increase.

### Orders and Acceptance

(2) Dealer will transmit orders for Authorized Products to Audi electronically, at the times and for the periods, that Audi reasonably requires. With each order, Dealer represents that it is solvent. Audi may accept orders in whole or in part. Except as otherwise expressly provided in Article 8(1), all orders of Dealer will be binding upon it until they are rejected in writing by Audi; however, in the event of a partial acceptance by Audi, Dealer will not be bound by the portion of the order not accepted.

### Inventories

(3) Dealer will maintain in inventory at all times the assortment and quantity of Authorized Products required by the Operating Plan, Business Basics or Recommendations.

## Product Allocation

(4)  Dealer recognizes that certain Authorized Products may not be available in sufficient supply from time to time because of factors such as product importation, consumer demand, component shortages, manufacturing constraints, governmental regulations, or other causes. Audi will endeavor to make a fair and equitable allocation and distribution of the Authorized Products available to it.

## Taxes

(5)  Dealer is responsible for any and all sales taxes, use taxes, excise taxes (including luxury taxes) and other governmental charges imposed, levied, or based upon the sale of Authorized Products by Audi to Dealer. Dealer represents and warrants, as of the date of the purchase of each Authorized Product, that all Authorized Products purchased from Audi are purchased by Dealer for resale in the ordinary course of Dealer's business and that Dealer has complied with all laws relating to the collection and payment of all sales taxes, use taxes, excise taxes (including luxury taxes) and other governmental charges applicable to the purchase of such products and will furnish evidence thereof upon request. If any Authorized Products are put to taxable use by Dealer, or are purchased by Dealer for purposes other than resale in the ordinary course of Dealer's business, Dealer will make timely return and payment to the appropriate taxing authorities of all applicable taxes and other governmental charges imposed, levied, or based upon the sale of such Authorized Products by Audi to Dealer and will hold Audi harmless with respect thereto.

## Payments to Dealer or Dealer's Personnel

(6)  From time to time, Audi may conduct incentive programs which involve payments to Dealer or to Dealer's personnel. Dealer acknowledges that regardless of the nature of such programs or payments, Dealer's personnel are not employees, contractors or agents of Audi. All matters relating to the employment or retention of Dealer's personnel are solely Dealer's responsibility. In the case of payments by Audi to Dealer, Dealer alone will be responsible for the payment of any and all applicable taxes. In the case of payments to Dealer's personnel, Audi will make appropriate information or other returns to appropriate taxing authorities. In the event Dealer does not want Audi to make direct payments to Dealer's personnel, Dealer will notify Audi to that effect in writing. After receiving such written notice, Audi will pay directly to Dealer any subsequent payments coming due Dealer's personnel. Dealer represents and warrants that it will pass such payments directly through to Dealer's personnel as intended; that it will make any necessary returns to any taxing authority; and that it will hold Audi harmless from any claims whatsoever that such payments were not received by the intended recipients or that appropriate withholdings were not made. In the event it is determined by any taxing authority that Audi should not have made payments to Dealer's personnel or that Audi should have collected taxes in respect of such payments, then Audi will be responsible for such taxes.

## Payment by Dealer

(7)  Dealer will pay for Authorized Products in the manner, at the time, and upon the conditions specified in the terms of payment established from time to time by Audi. Delivery of instruments of payment other than cash will not constitute payment until Audi has collected the full amount in cash. Dealer will pay all collection charges, including reasonable attorney's fees, and costs of exchange, if any, incurred in connection with its payments.

## Passing of Title; Security Interest

(8) Title to Authorized Products will remain with Audi until Audi has collected their full purchase price in cash. Dealer will execute and deliver, and Audi is authorized to execute and deliver on behalf of Dealer or, to the extent permitted by law, to file without the signature of Dealer, all financing statements and other instruments which Audi may deem necessary to evidence its ownership of such Authorized Products. Dealer hereby grants Audi a purchase money security interest in all Authorized Products for which Audi has not collected in full, authorizes Audi to take such steps as Audi deems necessary to perfect such security interests, and agrees to cooperate fully with Audi in connection therewith. Audi may take possession at any time of Authorized Products to which it has title.

## Passing of Risks

(9) Authorized Products will be at Dealer's risk and peril from the time of their delivery to Dealer or Dealer's agent. It will be up to Dealer to insure such risks for its benefit and at its expense.

## Responsibility for Defects and Damage

(10) Audi assumes responsibility for the quality and condition of Authorized Products, to the extent of (a) defects caused by its own negligence and (b) damage caused or repaired prior to delivery of the Authorized Products to Dealer or Dealer's agent. Audi will make any required disclosure thereof to Dealer. If Audi has insured against such defects in or damage to Authorized Products, Audi's liability to Dealer for such damage will be limited to the amount actually paid by the insurance carrier to Audi by reason of such defect or damage, together with any deductible amount applicable to such claim. Dealer may decline to accept any Authorized Products delivered to Dealer in damaged condition or with respect to which Audi has notified Dealer that Audi has repaired damage; however, should Dealer accept such Authorized Product Dealer will, subject to the provisions of Article 5(5), repair all such defects and damage fully as required by Audi before any defective or damaged Authorized Product is delivered to a customer. Dealer will make any required disclosure to Dealer's customers of damage or repairs, and will hold Audi harmless with respect thereto. Audi will notify Dealer promptly of the amount thereof, or any other amount due from Audi pursuant to this paragraph, following Dealer's submission of such proof of repair as Audi may require.

## Claims for Incomplete Delivery

(11) Dealer will make all claims for incomplete delivery of Authorized Products (including the delivery of Authorized Products with damage) in writing not later than three business days after Dealer's receipt of shipment; provided, however, that Dealer will make claims as to Genuine Parts within the period specified in policies established by Audi from time to time; and provided, further, that Dealer will note claims for visible damage to Authorized Automobiles on the delivery receipt.

## Changes of Specifications

(12) Audi will deliver Authorized Products to Dealer in accordance with specifications applicable at the time of their manufacture. In the event of any change or modification with respect to any Authorized Products, Dealer will not be entitled to have such change or modification made to any Authorized Products manufactured prior to the introduction of such change or modification. Audi expressly reserves, and Dealer acknowledges, the right to make such changes and modifications, and Dealer's only right in such event shall be the cancellation of any orders, not yet accepted by Audi, for Authorized Products affected by the change or modification.

### Failure of or Delay in Delivery by Audi

(13) Audi will not be liable to Dealer for failure of or delay in delivery under orders of Dealer accepted by Audi, other than failure or delay resulting from willful misconduct or gross negligence of Audi.

### Return or Diversion on Dealer's Failure to Accept

(14) If Dealer fails or refuses for any reason to accept delivery of any Authorized Products ordered by Dealer (except as permitted under Article 8(11)), Dealer will be liable to Audi for all expenses incurred as a result of such failure or refusal, and will store such Authorized Products at no charge to Audi until Audi can arrange for their removal. Dealer's liability pursuant to this paragraph will be in addition to, and not in lieu of, any other liabilities which may arise from Dealer's failure or refusal to accept delivery.

## ARTICLE 9
## WARRANTY TO CUSTOMERS

### Audi's Warranties

(1)  Audi warrants each new Authorized Product as set forth in Audi's Warranties.

### Incorporation of Audi's Warranties in Dealer's Sales

(2)  Dealer will make all sales of Authorized Automobiles and Genuine Parts in such a way that its customers acquire all rights in accordance with Audi's Warranties and, to the extent permitted by law, no other express or implied warranties. Dealer will make the text of Audi's Warranties part of its contracts for the sale of Authorized Products and will display the text of the warranties of all products it sells in customer contact areas where Authorized Products are offered.

### Warranty Procedures

(3)  Dealer agrees to comply with the provisions of the various dealer warranty manuals which Audi may issue from time to time, and will follow the procedures established by Audi for processing warranty claims and returning and disposing of defective Genuine Parts. Dealer will also comply with all requests of Audi for the performance of services pursuant to warranty claims and will maintain detailed records of time and parts consumption and any other records used as the basis for submitting warranty claims. Dealer will submit warranty claims to Audi electronically, and in accordance with procedures established by Audi. Upon Dealer's compliance with such requests and maintenance of such records, Audi will reimburse Dealer within a reasonable time for warranty claims at the then-current rate of reimbursement specified by Audi for Dealer. Strict adherence to the procedures and means established for processing warranty claims is necessary for Audi to process such claims fairly and expeditiously. Audi will be under no obligation with respect to warranty claims not submitted electronically and not made strictly in accordance with such procedures.

# ARTICLE 10

## DEALER'S RECORD KEEPING AND REPORTS; INSPECTION OF DEALER'S OPERATIONS

### Dealer's Forms, Business Machines, Office Equipment and Bookkeeping

(1)  Dealer will use accounting, sales, bookkeeping and service workshop forms; business machines; data processing and transmission equipment; and other office equipment which meets specifications, and which enables Dealer and Audi to communicate electronically for all purposes and which otherwise provides information and functions in the manner prescribed by Audi and its affiliates in the Business Basics, the Operating Plan and by other means. Audi will advise Dealer, or ensure that suppliers to Audi advise Dealer, periodically of the hardware and software requirements, communications protocols, and other specifications which Dealer's data processing and transmission equipment must meet in order to satisfy the requirements of this paragraph, and Dealer will timely adhere to such requirements, protocols and specifications. Dealer will keep accurate and current records in accordance with Audi's uniform accounting system and with accounting practices and procedures reasonably satisfactory to Audi, in order to enable Audi to develop comparative data and to furnish Dealer business management assistance.

### Financial Statements to be Supplied by Dealer

(2)  Dealer will transmit to Audi (a) on or before the tenth day of each calendar month, in such form and by such methods as Audi reasonably may require, a financial and operating statement reflecting the consolidated operations of Dealer for the preceding month and from the beginning of the calendar year to the end of the preceding month and (b) within three and one-half months after the close of Dealer's fiscal or calendar year, a consolidated balance sheet and profit and loss statement of Dealer, which documents shall be certified by a certified public accountant if so requested by Audi at least 30 days prior to the close of Dealer's fiscal or calendar year. DEALER'S FAILURE TO PROVIDE FINANCIAL AND OPERATING STATEMENTS IN THE FORMAT AND BY THE METHOD REQUIRED BY AUDI MAY RESULT  IN THE REVOCATION OF DEALER'S OPEN PARTS AND ACCESSORIES ACCOUNT.

### Reports to be Supplied by Dealer

(3)  Dealer will furnish to Audi, on such forms and by such methods as Audi reasonably may require, accurate timely reports of Dealer's sales and transfers of new Authorized Automobiles. Dealer also will furnish to Audi, on a timely and accurate basis, such other reports and financial statements as Audi reasonably may require.

### Inspection of Dealer's Operations and Records

(4)  Until the expiration or termination of this Agreement, and thereafter until consummation of all transactions referred to in Article 15, Audi, through its employees and other designees, at all reasonable times during regular business hours, may inspect Dealer's Operations, Dealer's Premises and the methods, records and accounts of Dealer relating to Dealer's Operations.

## ARTICLE 11

## DEALER PERFORMANCE REVIEW

### Evaluation and Assistance

(1) Each year, Audi will prepare objectives for Dealer and will use them as a basis for evaluating Dealer's performance of its obligations in each of the areas described in this Article 11 and in the Business Basics, the Retail Capacity Guide, and the Operating Plan. Audi may evaluate Dealer's performance during the year through periodic reviews. Audi will review its evaluations with Dealer, so that Dealer may take prompt action, if necessary, to improve its performance to such levels as Audi reasonably may require. Any written comments received from Dealer on Audi's evaluation of Dealer will become a part of such evaluation.

### Evaluation of Dealer's Vehicle Sales, Service and Parts Performance

(2) Audi will evaluate the effectiveness of Dealer's vehicle sales, service and parts performance in accordance with factors and measures set forth in the Business Basics, the Operating Plan and Recommendations.

### Evaluation of Dealer's Premises

(3) Audi will evaluate Dealer's performance of its responsibilities pertaining to Dealer's Premises, analyzing both separately and collectively Dealer's sales facilities, service facilities, parts facilities, administrative offices, storage, parking and signage. In making such evaluation, Audi will consider the factors set forth in the Business Basics, the Retail Capacity Guide, the Operating Plan and Recommendations.

### Evaluation of Dealer's Customer Satisfaction

(4) Audi will evaluate Dealer's performance of its responsibilities pertaining to customer satisfaction, analyzing both separately and collectively the satisfaction of customers with Dealer's sales activities and service activities. In making such evaluation, Audi will utilize a uniform measure of customer satisfaction, which will be disclosed to Dealer, and will consider the factors set forth in the Business Basics, the Operating Plan and Recommendations.

## ARTICLE 12

## SUCCEEDING DEALERS

### Procedure

(1) If Dealer chooses to transfer its principal assets or change owners, Audi has the right to approve the proposed transferees, the new owners and executives and, if different from Dealer's, their premises. Audi will consider in good faith any such written proposal Dealer may submit to Audi during the term of this Agreement. In determining whether the proposal is acceptable to it, Audi will take into account factors such as the personal, business and financial qualifications of the proposed new owners and executives as well as the proposal's effect on competition. In such evaluation, Audi may consult with the proposed new owners and executives on any aspect of the transaction of their proposed dealership operations. Notwithstanding anything set forth in this paragraph to the contrary, Audi shall not be obligated to consider such proposal if it previously had notified Dealer in writing that it would not appoint a succeeding dealer in Dealer's Area; provided, however, that such notice shall be given only if there is good cause for discontinuing representation of Authorized Automobiles in Dealer's Area.

## Approvals

(2)  Audi will notify Dealer in writing of the approval or disapproval of a proposal by Dealer for transfer of principal assets or change of owners within 45 business days, or the exercise by Audi of its right of first refusal under Article 12(3) within 30 calendar days, after Dealer has furnished to Audi all applications and information reasonably requested by Audi to evaluate such proposal. If Audi approves Dealer's proposal, Audi shall be obligated to grant the proposed transferees only a Dealer Agreement in substantially the same form as this Agreement. If Audi had previously notified Dealer in writing that Audi would not appoint a succeeding dealer in Dealer's Premises, then Audi's approval of Dealer's proposal may be conditioned on the proposed transferees agreeing to provide different facilities for their dealership operations. Upon the consummation of Dealer's approved proposal, Dealer will deliver to Audi Audi's form of voluntary termination of this Agreement and a general release in favor of Audi.

## Right of First Refusal

(3)  Whenever Dealer proposes to transfer its principal assets or change owners of a majority interest, Audi shall have the right to purchase such assets or ownership interest, as follows:

(a)  Audi may elect to exercise its purchase right by written notice to Dealer within 30 calendar days after Dealer has furnished to Audi all applications and information reasonably requested by Audi to evaluate Dealer's proposal.

(b)  If Dealer's proposed sale or transfer was to a successor approved in advance by Audi, to any of Dealer's Owners, to Dealer's employees as a group or to Dealer's spouse, children or heirs, then Dealer may withdraw its proposal within 30 calendar days following receipt of Audi's notice of election of its purchase right.

(c)  Audi's right under this Article 12(3) shall be a right of first refusal, permitting Audi to

(i)  assume the proposed transferee's rights and obligations under its agreement with Dealer and

(ii)  cancel this Agreement and all rights granted Dealer hereunder.

Except to the extent specifically inconsistent with the terms of this Agreement, the price and all other terms of Audi's purchase shall be as set forth in any bona fide written purchase and sale agreement between Dealer and its proposed transferee and in any related documents.

(d)  Dealer shall furnish to Audi copies of all applicable liens, mortgages, encumbrances, leases, easements, licenses or other documents affecting any of the property to be transferred, and shall assign to Audi any permits or licenses necessary for the continued conduct of Dealer's Operations.

(e)  Audi may assign its right of first refusal to any party it chooses, but in that event Audi will remain primarily liable for payment of the purchase price to Dealer.

(f)  If Audi exercises its purchase right, Audi will reimburse Dealer's proposed transferee for reasonable documented actual expenses which such proposed transferee incurred through the date of such exercise which are directly and solely attributable to the transaction Dealer proposed.

(g)  Nothing contained in this Article 12(3) shall require Audi to exercise its right of first refusal in any case, nor restrict any right Audi may have to refuse to approve Dealer's proposed transfer.

### Succession

(4) Article 14(1)(a) notwithstanding, in the event of the death of any of Dealer's Owners, Audi will not terminate this Agreement by reason of such death if:

    (a) The owner's interest in Dealer passes directly as specified in any Successor Addendum to this Agreement; or

    (b) The owner's interest in Dealer passes directly to his or her surviving spouse or children, or any of them, and (i) Dealer's Authorized Representative remains as stated in the Statement of Ownership and Management or (ii) within 90 days after the death of such owner Dealer appoints another qualified individual as Dealer's Authorized Representative; provided, however, that in this event Audi will evaluate Dealer's performance during the 12 months following the owner's death. After the expiration of this 12-month period and Audi's evaluation of the performance of Dealer's management during such period, Audi will review with Dealer the changes, if any, in the management or equity interests of Dealer required by Audi as a condition of continuing this Dealer Agreement with Dealer. Any new Dealer Agreement entered into pursuant to this paragraph will be in substantially the same form as the Dealer Agreements then currently offered by Audi to its dealers in Authorized Automobiles generally.

### Modification of Terms of Payment

(5) Upon receipt of an application for a replacement dealer agreement, Audi may modify its terms of payment with respect to Dealer to the extent Audi deems appropriate, irrespective of Dealer's credit standing or payment history.

## ARTICLE 13

## DISPUTE RESOLUTION

### General Policy

(1) Audi and Dealer agree as a general matter to work together to minimize disputes between them. While understanding that certain Federal and state courts and agencies may be available to resolve any disputes, Audi and Dealer agree that it is in their mutual best interests to attempt to resolve certain controversies first through arbitration. Audi and Dealer therefore agree that the dispute resolution process outlined in this Article shall be used before seeking legal redress in a court of law or before an administrative agency, for all disputes arising under the following: Article 9(3) (Warranty Procedures), Article 12 (Succeeding Dealers), Article 14 (Termination), Article 15 (Rights and Liabilities Upon Termination) and payments to Dealer in connection with Audi incentive programs. In the event that a dispute arises in connection with any other provision of this Agreement, Audi and Dealer may mutually agree to first submit the dispute to arbitration, in accordance with the provisions of this Article. Both Audi and Dealer agree that the ultimate mutual goal of arbitration is to obtain a fair hearing and prompt decision of the dispute, in an efficient and cost-effective manner, and both agree to work toward that goal at all times hereunder.

### Involuntary Non-Binding Arbitration

(2) Upon the written request of either Audi or Dealer, a dispute arising in connection with this Agreement may be submitted to non-binding arbitration.

### Voluntary Binding Arbitration

(3) As an alternative to Article 13(2) above, upon the written request of Dealer, a dispute arising in connection with this Agreement will be submitted to binding arbitration.

## Rules of Conduct

(4)   Arbitrations will be adjudicated under the auspices and in accordance with the rules of the American Arbitration Association or another mutually acceptable arbitration service, as well as the following provisions:

(a)   Written requests for arbitration shall set forth a clear and complete statement of the nature of the claim and its basis; the amount involved, if any, and the remedy sought.

(b)   The place of arbitration shall be the state in which Dealer's Premises are located, or such other place as may be agreed upon by the parties.

(c)   Both parties shall make every reasonable attempt to agree upon one arbitrator, but if they are unable to agree each shall appoint an arbitrator and these two shall appoint a third arbitrator.

(d)   Expenses of arbitration shall be divided equally between the parties. The prevailing party shall not be entitled to reasonable attorneys fees.

(e)   The arbitrator(s) shall pass finally upon all questions, both of law and fact, and his or her (or their) findings shall be conclusive.

(f)   Pre-arbitration discovery shall be available to both parties and shall be governed by the Federal Rules of Civil Procedure. Information obtained by either party during the course of discovery shall be kept confidential, shall not be disclosed to any third party, shall not be used except in connection with the arbitration proceeding, and at the conclusion of the proceeding, shall be returned to the other party. Both Dealer and Audi shall make their agents and employees available upon reasonable times and places for pre-trial depositions without the necessity of subpoenas or other court orders. Such discovery may be used as evidence in the arbitration proceeding to the same extent as if it were a court proceeding.

## Time for Decision

(5)   Unless Audi and Dealer specifically agree to the contrary, and subject to the rules and procedures of the arbitration service chosen, the arbitration hearing shall be concluded not more than 60 days after the date of the written request to arbitrate, and the arbitration decision shall be rendered not more than 90 days after the written request to arbitrate.

## Provisional Remedies

(6)   Either Audi or Dealer may, without prejudice to the above procedures, file a complaint if in its sole judgment such action is necessary to avoid irreparable damage or to preserve the status quo. Despite such action the parties will continue to participate in good faith in the procedures specified in this Article 13.

## Tolling Statute of Limitations

(7)   All applicable statutes of limitation and defenses based upon passage of time shall be tolled while the procedures specified in this Article 13 are pending. The parties will take such action, if any, required to effectuate such tolling.

## Performance to Continue

(8)   Audi and Dealer agree to continue to perform their respective obligations under this Agreement pending final resolution of any dispute arising out of or relating to this Agreement.

ARTICLE 14

## TERMINATION

### Immediate Termination by Audi

(1) Except to the extent a greater notice period is required by any applicable statute, Audi has the right to terminate this Agreement for cause, with immediate effect, by sending notice of termination to Dealer, if any of the following should occur:

(a) Death of any of Dealer's Owners or any change, whether voluntary or by operation of law, in the record or beneficial ownership of Dealer without Audi's prior written consent; any change in Dealer's Executives without prior notice to Audi; or the failure of Dealer's Executives to continue to manage Dealer's Operations;

(b) Dissolution or liquidation of Dealer, if a partnership or corporation;

(c) Insolvency of Dealer or voluntary institution by Dealer of any proceeding under the Bankruptcy Act or state insolvency law; or the involuntary institution against Dealer of any proceeding under the Bankruptcy Act or state insolvency law which is not vacated within ten days from the institution thereof; or the appointment of a receiver or other officer having similar powers for Dealer or Dealer's business who is not removed within ten days of his appointment; or any levy under attachment, execution or similar process which is not within ten days vacated or removed by payment or bonding.

(d) Any attempted transfer of this Agreement by Dealer, in whole or in part, without Audi's prior written consent;

(e) Any change in the location of any of Dealer's Premises or the establishment of any additional premises for Dealer's Operations without Audi's prior written consent;

(f) Failure of Dealer to continue to operate any of Dealer's Premises in the usual manner for a period of five consecutive business days, unless caused by an Act of God, war, riot, strike, lockout, fire, explosion or similar event;

(g) Dealer's failure, for a period of ten consecutive business days, to have any license necessary for the conduct of Dealer's Operations;

(h) Conviction of Dealer or any of Dealer's Owners or Executives of a felony or any misdemeanor involving fraud, deceit or an unfair business practice, if in Audi's opinion such conviction may adversely affect the conduct of Dealer's business, or be harmful to the good will of the Manufacturer or Audi or to the reputation and marketing of Authorized products;

(i) Any material misrepresentation by any of Dealer's Owners or Executives as to any fact relied upon by Audi in entering into this Agreement;

(j) Submission by Dealer of a fraudulent or knowingly false report or statement or claim for reimbursement, refund or credit; or

(k) Failure or refusal of Dealer or Dealer's Owners, Executives, agents or employees to provide Audi, upon request, with access to and the opportunity to inspect and copy all books, papers, instruments, certificates or other documents evidencing the record or beneficial ownership of Dealer.

## Termination by Audi on 30 Days' Notice

(2) Except to the extent a greater notice period is required by any applicable statute, Audi has the right to terminate this Agreement upon 30 days' notice if any of the following shall occur:

    (a) Any disagreement or personal difficulties of Dealer's Owners or Executives which in Audi's opinion may adversely affect the conduct of Dealer's business, or the presence in the management of Dealer of any person who in Audi's opinion does not have appropriate qualifications for their position;

    (b) Impairment of the reputation or financial standing of Dealer or any of Dealer's Owners or Executives or ascertainment by Audi of any fact existing at or prior to the time of execution of this Agreement which tends to impair such reputation or financial standing; or

    (c) Any breach of any obligation of Dealer pursuant to this Agreement or any other agreement between Audi or any of its subsidiaries or affiliates and Dealer.

## Discussions with Dealer

(3) Upon learning that any event or situation which would give Audi grounds to terminate this Agreement has occurred, Audi will endeavor to discuss such event or situation with Dealer. Thereafter, Audi may give Dealer written notice of termination.

## Modification of Terms of Payment

(4) During the period a situation specified in Article 14(1) or 14(2) continues to exist, Audi may modify its terms of payment with respect to Dealer to such extent as Audi may consider appropriate, irrespective of Dealer's credit standing or payment record.

## No Waiver by Failure to Terminate

(5) Should Audi be entitled to terminate this Agreement but fail to do so, such failure shall not be considered a waiver of Audi's right to terminate this Agreement unless the situation entitling Audi to terminate this Agreement has ceased to exist and (a) six months have elapsed from the time Audi obtained knowledge of such situation or (b) Audi has entered into a subsequent written agreement with Dealer superseding this Agreement. Nevertheless, any situation entitling Audi to terminate this Agreement may be considered at any subsequent time together with any subsequent events in determining Audi's right to terminate this Agreement.

## Termination by Dealer

(6) Dealer has the right to terminate this Agreement without cause by giving Audi 60 days written notice of such termination. Upon receipt of Dealer's notice of termination, Audi may, at Audi's option, waive in writing the 60-day notice period. In the event Dealer, in connection with its termination of this Agreement, also wishes to terminate any other agreement between Dealer and Audi or any of Audi's subsidiaries or affiliates, Dealer must do so separately and subject to the provisions of Article 14(9) below.

## Continuation of Business Relations after Termination

(7) Any business relations between Audi and Dealer after the termination of this Agreement without a written extension or renewal or a new written dealer agreement will not operate as an extension or renewal of this Agreement or as a new dealer agreement. Nevertheless, all such business relations, so long as they are continued, will be governed by terms identical with the provisions of this Agreement.

## Superseding Agreements

(8) If any superseding form of Dealer Agreement is offered by Audi to its authorized dealers generally at any time, Audi may, by written notice to Dealer, terminate this Agreement and replace it with a Dealer Agreement in the superseding form.

### Agreements with Affiliates of Audi

(9)  The termination of this Agreement by either party does not necessarily waive or terminate any other agreement between Dealer and Audi or any of its subsidiaries or affiliates. Such other agreements may be terminated only in accordance with their terms, and the parties' respective obligations under any such other agreements will continue in accordance with their terms until terminated.

## ARTICLE 15

## RIGHTS AND LIABILITIES UPON TERMINATION

### Audi's Obligations

(1)  Within 90 days after the termination of this Agreement pursuant to Article 14, Audi will purchase from Dealer and (subject to the provisions of Article 15, Paragraph 4 below) Dealer will sell to Audi all the following:

### New Authorized Automobile Inventory

(a)  All new, undamaged current model year Authorized Automobiles (introduced in the United States no earlier than 12 months prior to the date of such expiration or termination and not superseded by a later model year) in Dealer's inventory on the date of such expiration or termination which are in first-class salable condition, provided they

   (i)  have 200 or fewer actual miles;

   (ii)  were sold by Audi and purchased by Dealer from Audi (or in the ordinary course of business from other dealers of Authorized Automobiles appointed by Audi) and

   (iii)  have never been sold by Dealer.

   The price for such Authorized Automobiles will be the price at which they were originally sold by Audi, less all prior refunds or allowances made by Audi, if any.

### New Genuine Parts Inventory

(b)  All the following new, unused and undamaged articles listed in Audi's current Genuine Parts Price List (other than articles listed as obsolete) in Dealer's inventory on the date of such expiration or termination which are in first-class salable condition and complete, provided they were purchased by Dealer from Audi and never sold by Dealer:

   (i)  New parts and new factory remanufactured replacement parts supplied by Audi for Authorized Automobiles;

   (ii)  accessories considered by Audi to be suitable for installation in the current model year Authorized Automobiles specified in Article 15(1)(a); and

   (iii)  other accessories, provided that Audi has made sales of identical articles during six of the last twelve full calendar months immediately preceding such expiration or termination.

   The price for such articles will be the price then last established by Audi for the sale of identical articles, less a handling charge equal to ten percent of such amount and less all prior refunds or allowances made by Audi;

### Tools and Equipment

(c)  All special tools and equipment for servicing Authorized Automobiles owned by Dealer on the date of expiration or termination which are in operating condition and complete, provided they were purchased by Dealer from Audi or pursuant to written requests of Audi. The price for such tools and equipment will be the fair market value thereof; and

Authorized Signs

(d) All Authorized Signs which Dealer displayed publicly or at Dealer's Premises. The price for such Authorized Signs will be the fair market value thereof.

## Terms of Sale

(2) Any and all items to be sold by Dealer to Audi pursuant to this paragraph will be delivered by Dealer to Audi at Dealer's place of business suitably packed for transportation. For such periods of time as Audi reasonably may determine, Audi may enter Dealer's Premises for the purpose of taking an inventory of all or any part of Dealer's stock of Authorized Products and special tools and equipment. At the request of Audi, Dealer will comply in all respects with the provisions of all applicable bulk sales acts or similar statutes protecting a transferee of personal property with respect to liabilities of the transferor. Promptly following performance by Dealer of all its obligations pursuant to this Article 15, the completion by Audi of all steps required to obtain possession of such items and the delivery to Audi of a bill of sale, documents of title and a general release of Audi and the Manufacturer from Dealer and Dealer's Owners, all in form satisfactory to Audi, Audi will pay Dealer the specified prices for the said items, less all amounts owed by Dealer to Audi, its subsidiaries or affiliates. Audi will not be required to purchase any item from Dealer pursuant to this paragraph unless Dealer is able to convey to Audi, within such 90-day period, title to such item free and clear of all liens, claims, encumbrances and security interests.

## Pending Orders and Dealer's Obligations

(3) Upon the expiration or termination of this Agreement, all pending orders of Dealer for Authorized Products previously accepted by Audi will be canceled and Dealer immediately will:

### Removal of Authorized Signs

(a) Remove at its own expense all Authorized Signs which it displayed publicly or at its premises;

### Authorized Trademarks

(b) Cease all usage of the Authorized Trademarks, cease to hold itself out as an authorized dealer in Authorized Automobiles, destroy all stationery and other printed material bearing any Authorized Trademark, and, if its corporate or business name contains any Authorized Trademark, take all steps to remove the same therefrom;

### Orders and Files

(c) Transfer to Audi

    (i) all orders for sale by Dealer of Authorized Products then pending with Dealer;

    (ii) all deposits made thereon, whether in cash or property;

    (iii) all Dealer's warranty records for Authorized Products or complete copies of all such records and files; and

    (iv) all Dealer's customer service files. Upon the written request of Dealer, Audi will return such customer service files to Dealer after Audi has made copies of such files at Audi's expense;

### Customer Lists

(d) Make available to Audi in writing the names and addresses of all its service customers and prospective customers for Authorized Products; and

Literature

(e) Deliver to Audi at Dealer's place of business, free of charge, all technical or service literature, advertising and other printed material relating to Authorized Products, including sales instruction manuals or promotional material, then in Dealer's possession and which were acquired by Dealer from Audi. None of the foregoing will result in any liability of Audi to Dealer for damages, commissions, loss of profits or compensation for services, or in any other liability of Audi to Dealer of any kind of nature whatsoever.

Direct Sales by Dealer

(4) Upon Dealer's written request, Audi will waive Dealer's obligation to sell certain assets to Audi and will consent to Dealer's sale of any or all of its assets to any party of Dealer's choosing; provided, however, that Dealer may not sell any new Authorized Automobile nor any new Genuine Parts to any person or entity other than another dealer in the same line-make authorized by Audi.

Specific Performance

(5) Since Dealer's obligations under this Article 15 are of such a nature that it is impossible to measure in money the damages which will be suffered by Audi if Dealer should fail to perform any of them, Dealer agrees that, in the event of any such failure of performance on its part, Audi will be entitled to maintain an action to compel the specific performance by Dealer of these obligations and Dealer agrees not to assert in any such action the defense that Audi has an adequate remedy at law.

# ARTICLE 16

## DEFINITIONS

Throughout this Agreement various abbreviations and abbreviated phrases have been used. Their meanings are:

### Audi

(1) "Audi" means Volkswagen of America, Inc., a New Jersey corporation, and includes, as appropriate, all divisions of that corporation.

### Audi's Warranties

(2) "Audi's Warranties" means, with respect to each Authorized Product, those express written warranties provided with such product or as set forth in the Dealer Warranty Manual for Authorized Products in effect at the time such product is first sold at retail.

### Authorized Automobiles

(3) "Authorized Automobiles" means motor vehicles of the Audi brand and comprising such models and types as may be supplied by Audi during the term of this Agreement.

### Authorized Products

(4) "Authorized Products" means Authorized Automobiles and Genuine Parts.

### Authorized Representative

(5) "Authorized Representative" means a qualified representative of Dealer whose full-time professional efforts are devoted to the conduct of Dealer's Operations and who is authorized to execute documents and make all operational decisions on behalf of Dealer.

## Authorized Signs

(6) "Authorized Signs" means displays of any Authorized Trademark, in such material, type, presentation and colors as Audi may prescribe from time to time.

## Authorized Trademarks

(7) "Authorized Trademarks" means any trademark, service mark or trade name now or any other time hereafter used or claimed by the Manufacturer or Audi.

## Business Basics, Business File, and Retail Capacity Guide

(8) "Business Basics", "Business File" and "Retail Capacity Guide" mean those documents which set forth Audi's terms of trade, programs and certain operational requirements.

## Dealer's Area

(9) "Dealer's Area" means the area designated by Audi in the operating plan for Dealer's Operations, corresponding to U.S. census tract information.

## Dealer's Executives

(10) "Dealer's Executives" means all the persons named in Paragraphs 5 and 6 of the Statement of Ownership and Management as officers or other executives of Dealer, as well as any other person who succeeds to any position in Dealer referred to in such paragraphs in accordance with the provisions of this Agreement.

## Dealer's Operations

(11) "Dealer's Operations" means all activities of Dealer relating to the promotion and sale of Authorized Products, the supply of Genuine Parts, customer service for Authorized Products and all other activities of Dealer pursuant to this Agreement.

## Dealer's Owners

(12) "Dealer's Owners" means all the persons named in Paragraph 4 of the Statement of Ownership and Management as beneficial or record owners of Dealer, as well as any other person who acquires or succeeds to any beneficial interest or record ownership in Dealer in accordance with the provisions of this Agreement.

## Dealer's Premises

(13) "Dealer's Premises" means all premises referred to in the Dealer Premises Addendum and used by Dealer for or in connection with Dealer's Operations, including sales facilities, service workshops, offices, facilities for storage of Authorized Automobiles and Genuine Parts, used car sales facilities and parking facilities.

## Genuine Parts

(14) "Genuine Parts" means new and factory rebuilt replacement parts, accessories and optional equipment for Authorized Automobiles if such parts, accessories and optional equipment are supplied by Audi.

## Manufacturer

(15) "Manufacturer" means any supplier of Authorized Products to Audi, including as appropriate, but not limited to, Audi AG, a German corporation, and Volkswagen AG, a German corporation.

## Net Working Capital, Owner's Equity and Wholesale Credit

(16) "Net Working Capital," "Owner's Equity" and "Wholesale Credit" shall have the meanings set forth in the Business Basics, the Operating Plan and in accordance with generally accepted accounting principles.

### Operating Plan

(17) "Operating Plan" means the Dealer Operating Plan then-currently established by Audi for Dealers, determined in cooperation with Dealer and of Authorized Products, as well as any amendments thereof or additions thereto by Audi during the term of this Agreement.

### Owner's Documents

(18) "Owner's Documents" means all the documents which are supplied by Audi in respect of each Authorized Automobile and which are intended for the customer, including, but not limited to, the Owner's Manual, Warranty Booklet and Maintenance Booklet.

### Recommendations

(19) "Recommendations" means written suggestions provided by Audi to Dealer from time to time during the term of this Agreement, including the Business Basics and Business File, as well as all currently applicable written suggestions previously provided by Audi.


## ARTICLE 17
## GENERAL PROVISIONS

### Dealer Not an Agent

(1) Dealer will conduct all Dealer's Operations on its own behalf and for its own account. Dealer has no power or authority to act for the Manufacturer or Audi.

### Authority to Sign

(2) Dealer acknowledges that only the President, a Vice President, Secretary, Assistant Secretary or Network Development Team Leader of Audi is authorized on behalf of Audi to execute this Agreement or to agree to any variation, modification or amendment of any of its provisions or to sign any notice of termination.

### Variations; Modifications; Amendments

(3) This Agreement may not be varied, modified or amended except by an express instrument in writing to that effect signed on behalf of both Audi and Dealer.

### Entire Agreement

(4) This instrument contains the entire agreement between the parties. No representations or statements other than those expressly set forth or referred to herein were made or relied upon in entering into this Agreement.

### Release of Claims under Prior Agreement

(5) This Agreement terminates and supersedes all prior agreements with respect to Authorized Products between the parties, if any. The parties hereby waive, abandon and relinquish any and all claims of any kind and nature arising out of or in connection with any such prior agreement, except for any accounts payable by one party to the other as a result of the purchase of any Authorized Products, audit adjustments or reimbursement for any services.

### Agreement Non-transferable

(6) No part of this Agreement nor any interest in this Agreement may be transferred by Dealer without the prior written consent of Audi.

## Defense and Indemnification

(7)  Audi will, upon Dealer's written request:

(a)  Defend Dealer against any and all claims for breach of Audi's Warranties, bodily injury or death, or for physical damage to or destruction of property, that, during the term of this Agreement, may be asserted against Dealer in any action solely by reason of a manufacturing defect or design deficiency in

(i)  an Authorized Product or

(ii)  a product of the same line-make formerly supplied by Audi pursuant to a former dealer agreement; and

(b)  Hold Dealer harmless from any and all settlements made and final judgments rendered with respect to such claims; provided Dealer promptly notifies Audi in writing of the commencement of such action against Dealer and cooperates fully in the defense of such action in such manner and to such extent as Audi may require. However, such defense and indemnification by Audi will not be required if any fact indicates that any negligence, error, omission, act, failure, breach, statement or representation of Dealer may have caused or contributed to the claim asserted against Dealer or if Audi determines that such action seeks recovery for allegations other than those described in Article 17(7)(a).

## Notices

(8)  Any notices under or pursuant to the provisions of this Agreement will be directed to the respective addresses of the parties stated herein, or, if either party shall have specified another address by notice in writing to the other party, to the address thus last specified. Unless otherwise provided herein, notices shall be deemed effective if sent by certified mail with return receipt requested; by overnight service having a reliable means of confirming delivery; or by personal delivery to any of Dealer's Owners or Executives. Notices shall be deemed effective when received.

## Waivers

(9)  The waiver by either party of any breach or violation of or default under any provision of this Agreement will not operate as a waiver of such provision or of any subsequent breach or violation thereof or default thereunder. The failure or refusal of Audi to exercise any right or remedy shall not be deemed to be a waiver or abandonment of any such right or remedy.

## Titles

(10) The titles appearing in this Agreement have been inserted for convenient reference only and do not in any way affect the construction, interpretation or meaning of the text.

# Audi of America Dealer Operating Standards
Version 8.7
November 2009

## Content:

**Section 1: Operations** ........................................................................................ 4
   Standard 1: Audi brand image ........................................................................ 4
      1.1 Audi dealership naming standards ........................................................ 4
      1.2 Interior & exterior appearance of dealership ...................................... 4
      1.3 Audi trademark and Audi logo usage .................................................. 4
      1.4 Marketing & advertising covenant & guidelines .................................. 4
      1.5 Product / Information brochures ............................................................ 5
      1.6 Employee personal appearance ............................................................ 5
      1.7 Audi branded web site & Audi enterprise lead management system ............... 5
   Standard 2: Audi Business Management ........................................................ 6
      2.1 Audi net-working capital ........................................................................ 6
      2.2 Owner's equity ........................................................................................ 6
      2.3 Wholesale line of credit ........................................................................ 6
      2.4 Open parts account payment ................................................................ 6
      2.5 Accurate financial accounting .............................................................. 6
      2.6 Financial statement reporting................................................................ 6
      2.7 Business plan .......................................................................................... 7
      2.8 Reporting valid customer information .................................................. 7
      2.9 Employee satisfaction survey ................................................................ 7
   Standard 3: Audi sales operations ................................................................ 8
      3.1 Audi sales process ................................................................................ 8
      3.2 New vehicle inventory units .................................................................. 8
      3.3 Demonstrators ........................................................................................ 9
      3.4 Audi (Certified) pre-owned vehicle inventory units .......................... 9
      3.5 Audi (Certified) pre-owned reconditioning process ........................ 9
      3.6 Audi (Certified) pre-owned merchandising........................................ 9
      3.7 Sales reporting ...................................................................................... 10
      3.8 Traffic count log .................................................................................... 10
      3.9 Inventory vehicles maintenance.......................................................... 10
      3.10 Showroom display of Audi (Certified) pre-owned vehicle............ 10
      3.11 Audi showroom focal vehicle display .............................................. 10
   Standard 4: Audi after-sales operations ...................................................... 11
      4.1 Audi after-sales processes.................................................................. 11
      4.2 Audi alternate transportation (Service Loaner Units) ...................... 11
      4.3 Collision shop affiliation ...................................................................... 11
      4.4 Annual physical parts inventory .......................................................... 11
      4.5 Tool and equipment inventory.............................................................. 12
      4.6 Parts process for special orders ........................................................ 12
      4.7 Stock order efficiency .......................................................................... 12
**Section 2: Facility** ............................................................................................ 13
   Standard 5: Corporate identity ...................................................................... 13
      5.1 Audi facility type.................................................................................... 13

5.2 Audi facility architecture ................................................................. 13
5.3 Audi Pylon .......................................................................................... 13
5.4 Audi logo sign .................................................................................... 13
5.5 Audi nameplate .................................................................................. 13
5.6 Audi Certified PO ground sign ........................................................... 13
5.7 Audi interior and exterior signs ......................................................... 13
5.8 Audi furniture ..................................................................................... 14
5.9 Audi lighting ....................................................................................... 14
Standard 6: Facility exterior space ............................................................. 15
6.1 Site & facility ...................................................................................... 15
6.2 New vehicle inventory display and storage area ................................ 15
6.3 On-site new vehicle display area ....................................................... 15
6.4 Demonstrator parking spaces ............................................................ 15
6.5 Audi (Certified) pre-owned display spaces ........................................ 16
6.6 Audi on-site customer parking ........................................................... 16
6.7 Audi service vehicle parking .............................................................. 16
6.8 Employee parking ............................................................................... 16
Standard 7: Facility interior space .............................................................. 17
7.1 Audi showroom ................................................................................... 17
7.2 Audi reception or greeter area ........................................................... 17
7.3 Customer lounge ................................................................................ 18
7.4 Interior display stands / interior brand elements ............................... 18
7.5 Customer vehicle delivery area .......................................................... 18
7.6 Audi dedicated accessory boutique area ........................................... 18
7.7 Audi service reception / vehicle write-up area ................................... 19
7.8 Audi service consultant's workstation ............................................... 19
7.9 Audi identified work stalls .................................................................. 19
7.10 Audi work stall spaces ..................................................................... 19
7.11 Alignment equipment stall ................................................................ 19
7.12 Service equipment room ................................................................... 20
7.13 Wash bays ........................................................................................ 20
7.14 Retail parts counter .......................................................................... 20
7.15 Parts inventory storage space ......................................................... 20
7.16 Warranty parts retention area .......................................................... 20
7.17 Office / work station space for managers ........................................ 20
7.18 Training area ..................................................................................... 20
7.19 Other interior facility space recommendations ................................ 21
Section 3: Systems / equipment ................................................................. 22
Standard 8: Systems .................................................................................... 22
8.1 IT standards ....................................................................................... 22
8.2 ABS computer terminals ..................................................................... 22
8.3 Technician computer terminals ........................................................... 22
8.4 Service consultant and other service computer terminals ................. 22
8.5 Parts department computer terminals ................................................ 22
8.6 Warranty administrator computer terminal ......................................... 22
8.7 PC's with ETKA access ...................................................................... 23
Standard 9: Tools and equipment ............................................................... 24
9.1 General workshop equipment ............................................................. 24
9.2 5051B equipment ............................................................................... 24

9.3 5052 equipment ......................................................................................... 24
**Section 4: Personnel**.................................................................................... 25
Standard 10: Training ................................................................................. 25
10.1 Training certification........................................................................... 25
10.2 Exclusivity of personnel ..................................................................... 25
Standard 11: Office / General personnel .................................................... 26
11.1 Dealer principal / General manager ................................................... 26
11.2 Online manager / specialist................................................................ 26
11.3 Showroom receptionist ...................................................................... 26
11.4 Phone receptionist ............................................................................ 26
11.5 Controller ........................................................................................... 26
11.6 Warranty administrator....................................................................... 26
Standard 12: Sales personnel .................................................................... 27
12.1 Sales manager................................................................................... 27
12.2 (Certified) pre-owned sales manager................................................. 27
12.3 Audi brand specialist (ABS) .............................................................. 27
12.4 Online Audi brand specialist .............................................................. 27
12.5 Corporate Fleet Audi brand specialist ............................................... 27
Standard 13: After-sales personnel ............................................................ 28
13.1 Audi service manager ........................................................................ 28
13.2 Audi service consultants (service advisor)......................................... 28
13.3 Audi shop foreman............................................................................. 28
13.4 Audi technical specialist (technicians) ............................................... 28
13.5 Audi dispatcher.................................................................................. 28
13.6 Audi detailers .................................................................................... 28
13.7 Audi parts manager ........................................................................... 29
13.8 Audi parts consultant ......................................................................... 29
13.9 Audi HazMat certified parts consultant .............................................. 29

# Section 1: Operations

## Standard 1:    Audi brand image

### Criteria 1.1:    Audi dealership naming standards

Owner:    Network development
Formula:  Y or N
Note:      The naming standard for Audi of America dealerships requires that dealers use the word Audi followed by the location of dealership. In the case of a buy sell or relocation, the new d/b/a needs to follow the naming policy. The d/b/a can not contain another brand or trademark. Existing d/b/a are grand-fathered as long as no other brand is used in the d/b/a and the word Audi is included in the d/b/a. The Audi trademark can never be used in the corporate name of any Audi dealership or associated company.

### Criteria 1.2:    Interior and exterior appearance of the dealership

Owner:    Network development
Formula:  Y or N
Note:      All interior and exterior premises of the dealership are clean and well maintained at all times. It is especially important that landscaping, walkways, paint, bathrooms, and customer areas are continually well maintained to provide customers and employees an environment that is expected at a tier one dealership.

### Criteria 1.3:    Audi trademark and Audi logo usage

Owner:    Network development and retail marketing
Formula:  Y or N
Note:      All Audi trademarks and logos must be used exclusively for the promotion of Audi products and displayed and used in strict accordance with the Audi trademark standards guide and Audi retail branding guide. This includes but is not limited to advertising, billboards, signage, branded promotional materials, branded clothing, dealership stationery and forms, web sites – both dealership and Audi sponsored sites.  The Audi logo, Certified pre-owned logo, Audi colors, and vehicle logos must all be properly used.

### Criteria 1.4:    Marketing and advertising covenant & guidelines

Owner:    Retail marketing
Formula:  Y or N
Note:      All dealers must adhere to the Audi marketing covenant and advertising & marketing guidelines. These guidelines can be found on accessaudi.com under the sales tab, advertising & marketing; retail advertising; Audi design Info. The new tier III co-op programs for new and Certified pre-owned cars will require the dealers to comply with the covenant and guidelines to be eligible for reimbursement. In using online auction tools the cars must be listed in your local market place only. Listings for high demand cars should be avoided at all.

**Criteria 1.5:**      **Product / Information brochures**

Owner:      Retail marketing
Formula:      Y or N
Note:      All dealers must have a supply of at least 10 each - New vehicle product brochures, Audi Certified pre-owned materials, promotional materials and current sales, service and parts literature available to provide to customers at all times.

**Criteria 1.6:**      **Employee personal appearance**

Owner:      Network development
Formula:      Y or N
Note:      The personal appearance of all dealership employees must create a favorable, professional impression, enhancing the customer experience and reflecting the image of Audi. The following personnel's attire must be recognized as a dealership employee: ABS, service consultant, technician, and parts consultant.

**Criteria 1.7:**      **Audi branded web site & Audi enterprise lead management system**

Owner:      On-line marketing
Formula:      Y or N
Note:      Dealer contracts with current recommended supplier and Audi of America to participate in the Audi dealer website program and the Audi lead management program. Participation in these programs ensures proper site updates and maintenance.

| Standard 2: | Audi business management |
|---|---|

**Criteria 2.1:**  **Audi net-working capital**

Owner: Network development
Formula: Networking capital: total current assets minus current liabilities, plus LIFO reserve (if applicable).
Y or N
Note: All Audi dealers must meet minimum financial requirements on a monthly basis as determined by Audi for each dealership.

**Criteria 2.2:**  **Owner's equity**

Owner: Network development
Formula: Owner equity: net working capital, leasehold Improvements, machinery and equipment, furniture and fixtures, company vehicles, other depreciable assets, total other assets
Y or N
Note: All Audi dealers must meet minimum financial requirements as determined by Audi. Owners equity must be equal to or greater then guide – or – long term debt: equity of 1:1 or less

**Criteria 2.3:**  **Wholesale line of credit**

Owner: Network development
Formula: Greater then [$45,000*(BPO/6)]
Note: A separate, open and unrestricted wholesale line of credit for the sale of new Audi vehicles must be maintained with the dealer's financial institution, preferably Audi Financial Services. The minimum line of credit is sufficient to purchase a 60-day supply of new vehicles based on an annual business plan objective, (BPO). A current written letter of commitment, in a form satisfactory to Audi, has been provided to Audi by dealer's financial institution. Dealer's financial institution accommodates the vehicle drafting procedure employed by Audi.

**Criteria 2.4:**  **Open parts account payment**

Owner: Network development
Formula: Y or N
Note: Open parts account is paid in full by dealer by the 15th of every month

**Criteria 2.5:**  **Accurate financial accounting**

Owner: Network development
Formula: Y or N
Note: Accounting controls and procedures must be established and maintained in accordance with Audi's standard accounting procedure manual

**Criteria 2.6:**  **Financial statement reporting**

Owner: Network development
Formula: Y or N
Note: Dealers must provide the dealer financial statement to Audi or its designee by the 10th business day in each month – in electronic format. Dealers unable to submit the statement in electronic format will be charged a monthly handling fee. All Audi dealers must submit a financial statement every month that breaks out the income & expense section for Audi and other brands.

**Criteria 2.7:**        <u>**Business plan**</u>

Owner:      Network Development
Formula:    Y or N
Note:        During the 4th quarter of every year, all Audi dealers prepare and submit a business plan to their Audi area team.

**Criteria 2.8:**        <u>**Reporting valid customer information**</u>

Owner:      Network development
Formula:    Y or N
Note:        A reasonable effort must be made by the Audi dealer to provide valid customer name, address, telephone numbers, and email addresses during sales reporting (new, certified pre-owned and pre-owned) and warranty claim submission (standard: 94% callable records – 90% acceptable)

**Criteria 2.9:**        <u>**Employee satisfaction survey**</u>

Owner:      Network development
Formula:    Y or N
Note:        Dealers are recommended to conduct an annual employee satisfaction survey and / or employee reviews.

## Standard 3:    Audi sales operations

**Criteria 3.1:**      **Audi sales process**

Owner:    Sales operations
Formula:   Y or N
Note:     It is required that the dealership follows the current published Audi sales process. It can be found on accessaudi.com within the sales category. The basic stages in the process are:
1) Initial contact
2) Establishing individual customer requirements
3) New vehicle presentation
4) Test drive – all prospects offered test drive of a clean, fueled demonstrator of their choice
5) From offer to agreement – negotiation, F&I process
6) New or Certified pre-owned vehicle preparation & delivery – clean, free of problems, explanation of operating controls, and service department logistics, contacts and hours
Recommended that customer sign off on a delivery check list stating that the ABS has adequately explained and demonstrated all the operating functions of the car to the customer's satisfaction in addition to explaining the warranty and service requirements. One signed copy handed to the customer and one signed copy into the deal jacket.
7) Follow-up within two days and maintaining current customer contact -
8) Maintain contact with prospects & customers. Dealership must have a documented sales process that covers the 8 basic steps of the Audi sales process.

**Criteria 3.2:**      **New vehicle inventory units**

Owner:    Sales operations
Formula:   New car BPO divided by 12
Note:     Each Audi dealership is required to keep in inventory a minimum 30-day supply of new Audi vehicles to ensure that customers have an adequate inventory to select from. The inventory on ground must be a representative of all models lines offered by Audi of America. For all vehicles in inventory the dealer must follow the inventory maintenance policy as published by Audi of America. All vehicles need to be stored with the tires at higher storage pressure, transport wiper blades and correct battery voltage (use of solar panel). For details please refer to the latest published Audi of America storage policy which includes completion and record of the PDI process for vehicle preparation.

**Criteria 3.3:** **Demonstrators**

Owner: Sales operations
Formula:

| Annual new vehicle BPO | Number of demonstrators |
|---|---|
| 0 – 200 | 3 (A4 / Q7 / A6) |
| 201 – 400 | 4 (add A5 / Q5) |
| 401 – 600 | 5 (add A8) |
| 601 – 800 | 6 (add A3) |
| 801 – 1000 | 7 (add TT) |
| 1001 – 1300 | 8 (add A4 Cabrio) |
| > 1300 | 9 (add A4 or A6 Avant) |

Note: A demonstrator fleet must be maintained by Audi dealer and needs to represent a mix of available transmission, body and engine types to optimize product offerings to the Audi customers. The demo vehicles need to be clean, fueled and in top mechanical and cosmetic condition.

When there is a new model launch (whether a brand new model or successor model), a model year change or a product update, which results in changes to the appearance of the model or technical specification, the demo vehicles must be replaced with the latest immediately, whether or not advised by Audi.

Demonstrator vehicle minimum quality requirements:

1. It is recommended that demonstrators don't exceed more than 4,000 miles and be replaced prior to reaching 6 months from in-service date
2. Demonstrators must be immaculate, cleaned daily (both inside and out) – if necessary – and maintained to the highest level at all times
3. Sales demonstrators must be free of all personal possessions at any time
4. When not in use by customer, demonstrators must be available and displayed as ready for use in a manner appropriate to the image of the Audi brand
5. Demonstrators must not have graphics applied unless approved in writing by Audi of America

Demonstrators are subject to inspection by Audi of America at any time.

**Criteria 3.4:** **Audi (Certified) pre-owned vehicle inventory units**

Owner: Sales operations
Formula: Certified pre-owned BPO divided by 8
Note: Each Audi dealership is required to keep in inventory a 45-day supply of (Certified) pre-owned Audi vehicles (based on actual (Certified) pre-owned BPO) to ensure that customers have an adequate inventory of vehicles to select from.

**Criteria 3.5:** **Audi (Certified) pre-owned reconditioning process**

Owner: Sales operations
Formula: Y or N
Note: The Audi dealership must follow the Audi inspection and reconditioning process for Audi (Certified) pre-owned vehicles.

**Criteria 3.6:** **Audi (Certified) pre-owned merchandising**

Owner: Sales operations
Formula: Y or N
Note: Dealership properly merchandises and promotes the Audi (Certified) pre-owned vehicles according to the program guidelines. Dealership utilizes official Certified pre-owned merchandising program materials to promote inventory. Online marketing efforts clearly separate Certified pre-owned inventory from non-certified

**Criteria 3.7:**     **Sales reporting**

    Owner:    Sales operations
    Formula:  Y or N
    Note:     It is required that all sales of new, Certified pre-owned and pre-owned Audis be reported to Audi or it designee within 3 business days following the date of sale to provide up-to-date sales records – this includes valid customer email addresses. Repeated failure for proper sales reporting will lead to loss of the Standards Bonus.

**Criteria 3.8:**     **Traffic count log**

    Owner:    Sales operations
    Formula:  Y or N
    Note:     Daily traffic counts should be documented by dealership sales management to monitor sales department activity and ABS performance.

**Criteria 3.9:**     **Inventory vehicles maintenance**

    Owner:    Sales operations
    Formula:  Y or N
    Note:     Dealerships must follow Audi written guidelines (30-day maintenance policy) for maintaining new and (Certified) pre-owned vehicles in inventory. This includes maintaining batteries, tires, appearance items and rotors, etc. All new vehicles need to be stored, transport wiper blades and correct battery voltage (use of solar panel). For details please refer to the latest published Audi of America storage policy.

**Criteria 3.10:**     **Showroom display of Audi (Certified) pre-owned vehicle**

    Owner:    Network development
    Formula:  Y or N
    Note:     Facility has an Audi Certified pre-owned display space on the showroom floor (with at least one (Certified) pre-owned vehicle) or in a prominent display area adjacent to the showroom (not covered) or in the Audi approved (Certified) pre-owned building / lot area with Audi approved signage. If on the showroom floor, vehicle counts toward showroom vehicle count requirement.

**Criteria 3.11**     **Audi showroom focal vehicle display**

    Owner:    Network development
    Formula:  Y or N
    Note:     The dealership has a focal vehicle display to showcase an accessorized Audi model (flagship vehicle) or specially advertised vehicle positioned in a prominent location on the showroom floor. This is included in the overall showroom vehicle space requirement.

| Standard 4: | Audi after-sales operations |
|---|---|

**Criteria 4.1:**   **Audi after-sales processes**

Owner:      After-sales operations
Formula:   Y or N
Note:       It is required that the dealership follow the current Audi after sales process as published in the Audi after sales process handbook. It can be found on accessaudi.com under the after sales tab; service & repair; Audi service process and click on Audi after sales process handbook. The basic stages in the process are:
1) Scheduling maintenance within 3 days and repair appointments within 3 days (average values and guidelines)
2) Repair order preparation, review and complete RVU's and campaigns
3) Vehicle reception and alternate transportation needs or loaner vehicles
4) Vehicle repair initiation of repair, fixed right the first time and critical alert process
5) Quality control and service delivery internal checks
6) Customer handling / billing
7) Customer follow-up

**Criteria 4.2:**   **Audi alternate transportation (service loaner units)**

Owner:      After-sales operations
Formula:   (# of work stalls)*3*0.4
Note:       It is required that each dealership provides Audi customers one of the following options when they require alternate transportation for a maintenance or repair appointment:
a) Audi loaner vehicle (it is a guideline that <u>Audi</u> loaner vehicles are available for 40% of daily service customers for both repair or maintenance visits. Both new and Certified pre-owned customer should have this offer extended based on pre-arrangements and the customer's need. This can lead to more Service Loaners than the 40% guide.
<u>The service loaner fleet must be comprised of only Audi models.</u>
b) Shuttle service to and from customer's home or office, which must be in an Audi model
c) Pick up and delivery of customer's vehicle from home or office
d) Other – provide access to public transportation (including if needed a voucher) to and from dealership that suits the customer's needs.
Standard compliance will be measured as actual verse guide OR maintaining a quarterly score of > 75% as reported by Insight question 9 (F).

**Criteria 4.3:**   **Collision shop affiliation**

Owner:      After-sales operations
Formula:   Y or N
Note:       All Audi dealerships should be affiliated with an authorized Audi collision shop. This can be independently owned or dealer owned to ensure that Audi vehicles with body damage are repaired according to Audi standards

**Criteria 4.4:**   **Annual physical parts inventory**

Owner:      After-sales operations
Formula:   Y or N
Note:       Dealership conducts a physical inventory at minimum once per year of parts with corresponding adjustments of records. An ongoing inventory process or other approaches are acceptable as long as they are in line with GAAP.

**Criteria 4.5:**     **Tool and equipment inventory**

        Owner:      After-sales operations
        Formula:    Y or N
        Note:       Audi tools and equipment are maintained and inventoried on at least a yearly basis, but preferably monthly - to ensure availability and proper operation when needed. In order to meet this standard, dealership must provide documentation of their inventory and maintenance processes and have available, upon demand, five tools from the required tool list. The most current Audi listing of required factory tools is available from AccessAudi.com / ServiceNet. There is a listing for exclusive Audi dealers and one for dual Audi/VW dealers as there is overlap in the tool requirements for both brands. Please ensure only tools required for Audi are selected.

**Criteria 4.6:**     **Parts processes for special orders**

        Owner:      After-sales operations
        Formula:    Y or N
       Note:       It is required that the dealership document and follow the critical alert process and implements an internal process to handle unit down, special parts and the delivery to the customer

**Criteria 4.7:**     **Stock order efficiency**

        Owner:      After-sales operations
        Formula:    Y or N
       Note:       Dealership must maintain a minimum of 30 day inventory of authentic Audi parts, while making sure that 75-80% of the stock parts are actively sold, less than 10% are under 12 months obsolescence and the fill rate from stock is 85-95%.

# Section 2: Facility

## Standard 5:    Corporate identity

### Criteria 5.1:    Audi facility type

Owner:    Network development
Formula:   Y or N
Note:      Facility type is driven by market potential for the dealer. Over 400 units per year the facility needs to be exclusive; Between 400 and 100 the facility needs to be at least brand dedicated and under 100 units the facility needs to be at least universal.

### Criteria 5.2:    Audi facility architecture

Owner:    Network development
Formula:   Exclusive type A          terminal architecture
           Exclusive type B          terminal architecture
           Brand dedicated           Audi architecture
           Universal                 modern architecture based on dealer design
Note:      All Audi dealerships must follow the Audi architectural language based on the facility type. Existing facilities that have been build to plans approved by AoA are grandfathered for a commercially reasonable period, as long as they provide the necessary capacity.

### Criteria 5.3:    Audi pylon

Owner:    Network development
Formula:   Y or N
Note:      Each Audi dealership or companion-store is required to have one authorized Audi pylon or ground sign

### Criteria 5.4:    Audi logo sign

Owner:    Network development
Formula:   Y or N
Note:      Each Audi dealership or companion store is required to have one authorized Audi logo sign (4 rings logo with the word Audi in red letters). The Audi clip is grand-fathered, but recommended to upgrade to new Audi logo sign

### Criteria 5.5:    Audi nameplate

Owner:    Network development
Formula:   Y or N
Note:      Each Audi dealership or companion store is required to have one authorized Audi nameplate.

### Criteria 5.6:    Audi Certified pre-owned ground sign

Owner:    Network development
Formula:   Y or N
Note:      Each Audi dealership or companion store is required to have one authorized Audi Certified pre-owned ground sign

### Criteria 5.7:    Audi interior and exterior signs

Owner:    Network development
Formula:   Y or N
Note:      Each Audi dealership or companion store is required to have authorized Interior and exterior directional signs

**Criteria 5.8:**   **Audi furniture**

Owner:   Network development

Formula:   Exclusive type A   advanced showroom concept in all customer areas; ASC in all non-customer areas

Exclusive type B   advanced showroom concept in all customer areas; ASC in all non-customer areas

Brand dedicated   In top 25 markets: advanced showroom concept in all customer areas; Gen2 ASC in non-customer areas; In tier II markets: ASC furniture

Universal:   dealer choice; ASC recommended

Note:   Each Audi dealership or companion store is required to have Audi approved furniture in all customer view areas. Dealers with installed furniture from previous furniture programs are grand fathered, as long as the furniture has been approved by AoA and is in good condition.

**Criteria 5.9:**   **Audi lighting**

Owner:   Network development

Formula:   Exclusive type A/B:   meets Audi requirements in all customer contact and in technician work area. Outside lighting must provide sufficient light during night time and be in line with local zoning requirements

Brand dedicated:   meets Audi requirements in all customer contact and in technician work area. Outside lighting must provide sufficient light during night time and be in line with local zoning requirements

Universal:   dealer design.

Note:   The lighting in all customer contact area, the showroom and the technician work areas meets Audi requirements for style, provided light and environmental efficiency

## Standard 6:    Facility exterior space

**Criteria 6.1:**    **Site & facility**

| | |
|---|---|
| Owner: | Network development |
| Formula: | Exclusive type A – site exclusive to Audi – no visibility of or access to another brand |
| | Exclusive type B – sales site exclusive to Audi – No visibility of or access to another brand – service on separate location - -can be shared with other brands but separation for Audi – service reception located with sales facility |
| | Brand dedicated -    one site shared with other brands, but all customer contact points exclusive to Audi |
| | Universal -    one site shared with other brands |
| Note: | Site & facility must fulfill certain criteria to be in compliance with Audi standards. |

**Criteria 6.2:**    **New vehicle inventory display and storage area**

| | |
|---|---|
| Owner: | Network development |
| Formula: | New Vehicle BPO divided by 6 |
| Note: | On-site or off-site new vehicle parking space must be well maintained, paved and secure. No grass or gravel lots are acceptable for on-site or off-site new vehicle parking. |

**Criteria 6.3:**    **On-site new vehicle inventory display space**

| | |
|---|---|
| Owner: | Network development |
| Formula: | New vehicle BPO divided by 12 or minimum of 30 new vehicles on display |
| Note: | The primary dealership premises has a new vehicles parking area to display and view at minimum a 30 day supply or at minimum 30 new vehicles on display. Each new vehicle parking space has a minimum of 220 square feet. Additional supply of new vehicles can be located off-site. |

**Criteria 6.4:**    **Demonstrator parking spaces**

Owner:    Network development
Formula:

| Annual new vehicle BPO | Designated demonstrators parking spaces |
|---|---|
| 0 – 200 | 3 |
| 201 – 400 | 4 |
| 401 – 600 | 5 |
| 601 – 800 | 6 |
| 801 – 1000 | 7 |
| 1001 – 1300 | 8 |
| > 1300 | 9 |

Note:    Designated demonstrator parking is conveniently accessible to the showroom to showcase Audi products available for test drives. Demonstrator should be protected from the elements (extreme heat, rain, snow) to ensure customer convenience.

**Criteria 6.5:**      **Audi (Certified) pre-owned parking spaces**

     Owner:      Network development
     Formula:      Certified pre-owned BPO divided by 8
     Note:      Facility has on-site vehicle parking space to display required (Certified) pre-owned inventory with a minimum of 220 square feet of parking space per unit. The Certified pre-owned parking area is clearly identified with appropriate signage.

**Criteria 6.6:**      **Audi On-site sales customer parking**

     Owner:      Network development
     Formula:      Minimum of one or new vehicle BPO divided by 100 rounded to the next number
     Note:      On-site sales customer-parking areas must be on well maintained, paved surfaces. Customer parking must be lined and clearly identified and provide 200 sqft plus turning space per parking space.

**Criteria 6.7:**      **Audi service vehicle parking**

     Owner:      Network development
     Formula:      Minimum of one or 3 parking space for 1 work stall
     Note:      Service parking must be lined and clearly identified and provide 200 sqft plus turning area per parking space.

**Criteria 6.8:**      **Employee parking**

     Owner:      Network development
     Formula:      Y or N
     Note:      Onsite employee parking is recommended at one space for each employee working each day. Employee parking must be lined and clearly identified and provide 200 sqft plus turning area per parking space. If the employee parking area is off-site it is recommended that the dealer provides a shuttle to get employees from and to the dealership. The number of necessary parking spaces can be reduced if employees work in shifts and / or are not at the dealership at the same time.

## Standard 7: Facility interior space

**Criteria 7.1:** **Audi showroom**

Owner: Network development

Formula: Minimum requirement:

Exclusive type A/B : in top 25 market: 8 cars:
non-top 25 markets: 6 cars + 2 outside display
recommended: 12 cars

Brand dedicated: in top 25: 6 cars + 2 outside display for Audi
tier II markets: 5 + 2 outside display for Audi
clear separation from other brands required

Universal: tier II markets: 5 cars for Audi

Note: Facility required providing necessary space for showroom vehicle displays. Vehicles must be immaculate at all times, cleaned daily both inside and out – if necessary. Vehicles must clearly display prices, specifications, options, emission standards. Showroom vehicles do not count towards the demonstrator standard. Each showroom vehicle must have 300 sq.ft. for display.

Existing showrooms that do not fulfill above display requirements are grandfathered for a commercially reasonable time period.

**Showroom vehicle minimum quality requirements:**
All vehicles in the showroom area must be displayed in accordance with the Audi brand image as well as Audi marketing standards and guidelines
Showroom battery chargers must be utilized on applicable models to ensure proper vehicle display, i.e. A6, A8 and Audi Q7 and in adherence with local electrical codes. When allowable by local code, it is recommended that hidden floor plugs be installed near the showroom vehicle. Charging cables must be installed correctly.

**Open-air showroom:**
Open display areas can be part of the showroom display count as long as they meet the following conditions:
An Audi dealer must have a minimum of 6 / 5 indoor display areas as defined above
Audi dealer must be in a climate zone that allows for open-air showroom during the major part of the year (9 out of 12 months)
The outside display area is highlighted through architectural elements and not just another parking lot. It is required that the outside display area is protected from the elements, is adequately lighted and the materials used are approved by AoA
A minimum of 300 sq.ft. <u>covered</u> area per displayed unit plus reasonable overhang to protect from the weather

**Criteria 7.2** **Audi reception or greeter area**

Owner: Network development

Formula: Exclusive type A/B: exclusive to Audi on the showroom floor

Brand dedicated on showroom floor – can be shared with other brands

Universals on showroom floor – can be shared with other brands

Note: Space must be allocated for a receptionist / greeter area, in a convenient location for the customer.

**Criteria 7.3:**    **Customer lounge**

Owner:    Network development

Formula:    Exclusive type A/B    exclusive to Audi with café
    Brand dedicated    can be shared with other brands
    Universal    can be shared with other brands

Note:    All dealerships must have a customer lounge or quattro cafe that is easily accessible to service reception, the showroom, the parts retail counter and the accessory boutique. The lounge must be in good condition and large enough to accommodate the dealership's average volume of waiting customers. Furniture, flooring, lighting, wall treatment, and refreshment apparatus are kept clean at all times. It is recommended that wireless Internet access is available to customers in or near the lounge area.

**Criteria 7.4:**    **Interior display stands / interior brand elements**

Owner:    Network development

Formula:    Y or N

Note:    Audi offers to Audi dealers literature display stands, vehicle positioning stands, horizontal and vertical wall units, wheel stands and plaques to create an Audi retail and merchandising environment. Audi dealers select the right quantities relative to the size of the showroom following Audi's recommendation to effectively merchandise Audi point of sale literature and accessories.

**Criteria 7.5:**    **Customer vehicle delivery area**

Owner:    Network development

Formula:    Exclusive type A/B    exclusive to Audi and close to showroom
    Brand dedicated    can be shared with other brands
    Universal    can be shared with other brands

Note:    Dealership provides a dedicated interior; well lit, quiet customer vehicle delivery area with a minimum of 400 square feet. Accepted alternatives are a dedicated outside space for deliveries or the use of the Service Drive (if outside space or service drive represent the premium environment that is expected from an Audi customer).

**Criteria 7.6:**    **Audi dedicated accessories boutique area**

Owner:    Network development

Formula:

| Annual new vehicle BPO | Minimum space for dedicated Audi boutique |
|---|---|
| <= 500 | 100 sqft |
| > 501 and <= 1000 | 200 sqft |
| > 1001 | 400 sqft |

Exclusive type A/B:    exclusive to Audi, not a replacement for retail parts counter

Brand dedicated:    exclusive to Audi, not a replacement for retails parts counter

Universal:    can be shared with other brands

Note:    Audi dealerships must have space in a dedicated boutique area to display authorized Audi accessories. The boutique should be clean and well organized at all times. The boutique must be used to display OE issued accessories.

**Criteria 7.7:**      **Audi service reception / vehicle write-up area**

|  |  |  |
|---|---|---|
| Owner: | Network development | |
| Formula: | Exclusive type A: | exclusive to Audi and enclosed or covered |
| | Exclusive type B | exclusive to Audi, enclosed or covered. Located with the Audi showroom. |
| | Brand dedicated | exclusive to Audi and enclosed or covered. |
| | Separate service lanes for Audi in a shared service drive are not considered exclusive to Audi | |
| | Universal | service reception can be shared with other brands, must be enclosed or covered |
| Note: | Facility has a clutter-free, well-maintained service reception and write-up area, for arriving customers, required to be enclosed or at least covered for weather conditions and separate from the shop area. This write-up area needs to be exclusive to Audi for exclusive and brand-dedicated Audi dealerships. 1,200 sq.ft minimum size (4 cars in 2 lanes). | |
| | Existing service receptions that satisfy the market needs in a premium way are grandfathered. | |

**Criteria 7.8:**      **Audi service consultant's workstation**

|  |  |  |
|---|---|---|
| Owner: | Network development | |
| Formula: | 1 for every 5 work stalls, always rounded up to the next full number | |
| | Exclusive type A/B | exclusive to Audi |
| | Brand dedicated | exclusive to Audi |
| | Universal | can be shared with other brands |
| Note: | Facility has a clutter-free, organized, dedicated workstation/desk for each service consultant. If "production teams" are being used, sharing of an office or counter space may be allowed. The service consultant's workstations oversee the service vehicle write-up area. | |

**Criteria 7.9:**      **Audi identified work stalls**

|  |  |
|---|---|
| Owner: | Network development |
| Formula: | Y or N |
| Note: | Audi dealers that share their Audi workshop with other brands must clearly identify Audi work stalls with Audi approved signage and/or paint schemes. |

**Criteria 7.10:**      **Audi work stalls space**

|  |  |  |
|---|---|---|
| Owner: | Network development | |
| Formula: | 7-year VIO divided by 265, always rounded up to the next full number | |
| | Exclusive type A: | exclusive to Audi |
| | Exclusive type B: | identified as Audi work stalls |
| | Brand dedicated: | identified as Audi work stalls |
| | Universal: | identified as Audi work stalls |
| Note: | Work stall requirement and their relationship to VIO will be determined through discussions between dealer and Audi field team based on individual dealership service performance. As an industry guideline one work stall can serve 265 units per year of the 7-year VIO. At least one work stall is required with a hoist per Audi technical specialist per shift. Variances may be allowed for dealers utilizing production groups, teams or rotating schedules. The width, height and depth of work stalls and their hoists may need to be adjustable to accept future service vehicles of larger size. Work stalls must be cleaned and maintained on a regular schedule. Please refer to facility guide for floor treatments, paint schemes, decoration elements and workshop décor. | |
| | An Audi approved Dealer Service Annex provides supplementary workshop capacity for the main facility. Customers are not allowed to drop off or pick up their vehicles from these service annex locations. Corporate ID is not permitted at annex. Annex may be located either on-site or nearby off-site location within Dealer area. | |

**Criteria 7.11:**     **Alignment equipment stall**

      Owner:     Network development
      Formula:    Y or N
      Note:      Each Audi facility must have at least one alignment stall with the latest approved Audi alignment equipment and software. This stall may be used by other brands.

**Criteria 7.12:**     **Service equipment room**

      Owner:     Network development
      Formula:    Y or N
      Note:      Dealership provides a room for service units, tools and equipment. For all new facilities, required to house internally the equipment

**Criteria 7.13:**     **Wash bays**

      Owner:     Network development
      Formula:    # of work stalls divided by 7, always rounded to the next full number
      Note:      Wash Bays can be located on the property outside of the main building or even off-site within practical distance of the service location.

**Criteria 7.14:**     **Retail parts counter**

      Owner:     Network development
      Formula:    Exclusive type A/B:     exclusive to Audi in or close by sales facility
                      Brand dedicated       exclusive to Audi in or close by sales facility
                      Universal              can be shared with other brands
      Note:      Facility has a retail parts counter for customers and a separate parts counter for Audi technical specialists. However, if an efficient system is employed that provides delivery of parts directly to the work bay; elimination of a 'technician counter' is allowed.

**Criteria 7.15:**     **Parts inventory storage space**

      Owner:     Network development
      Formula:    1,000 sqft for up to 3 work stall. Add 200 sqft for every additional productive work stall
      Note:      The authentic Audi parts inventory is stored in clean, orderly sufficient space that allows quick moving parts to be easily identified and accessed. Parts storage requirement will be modified if high-density storage systems are used. The general rule is a ratio of 3:1 for 48" high cabinets. Taller bins decrease requirements accordingly

**Criteria 7.16:**     **Warranty parts retention area**

      Owner:     Network development
      Formula:    64 sqft
      Note:      Facility has a secure, well-lit and ventilated warranty parts retention area with a minimum of 64 sq ft. and utilizes an organization system, i.e. 10-bin system that makes it easy to identify parts to be scrapped.

**Criteria 7.17:**     **Office / work station space for managers**

      Owner:     Network development
      Formula:    Y or N
      Note:      Separate office/work station space is provided for sales, service and parts managers.

**Criteria 7.18:**     **Training area**

    Owner:    Network development

    Formula:  Y or N

    Note:     Space is allocated for a training area for dealership personnel, with appropriate working training equipment.

**Criteria 7.19:**     **Other interior facility space recommendations**

    Owner:    Network development

    Formula:  Y or N

    Note:     Other space recommendations include the following: Business development center, break / lunch room (with space to accommodate half of the employees at the same time), key room, coat closets (based on climate zone), technician locker room (with showers), file room, F&I manager office and controller office.

# Section 3: Systems / Equipment

## Standard 8: Systems

### Criteria 8.1: IT Standards

Owner: IT
Formula: Y or N
Note: Dealership meets current Audi dealership IT readiness requirements, and continues to upgrade software and hardware as required. Current IT standards can be viewed on accessaudi.com under operations, reports and publications

### Criteria 8.2: ABS computer terminals

Owner: Network development
Formula: 1 terminal for each ABS
Note: Each Audi brand specialist (ABS) must have a computer at their workstation with an Internet connection with a high speed connection at each terminal.

### Criteria 8.3: Technician computer terminals

Owner: After sales development
Formula: 1 computer terminal for 2 technicians
Note: One computer terminal workstation for every two technicians. No more than two technicians per terminal. With high speed internet access at each terminal.

### Criteria 8.4: Service consultant and other service computer terminals

Owner: After sales development
Formula: Y or N
Note: One designated easily accessible service department computer terminal workstation with internet access with a high speed connection, that meet Audi specifications and requirements for each Audi service consultant; however, variances will be allowed for dealers utilizing production groups, teams or rotating schedules. A separate computer must be available for the shop foreman and any other shop employees with access to the Internet with a high speed internet connection at each terminal.

### Criteria 8.5: Parts department computer terminal

Owner: After sales development
Formula: Y or N
Note: Exclusive parts department computer terminal with access to Audi's parts system and the Internet with a high speed connection each terminal.

### Criteria 8.6: Warranty administrator computer terminal

Owner: After sales development
Formula: Y or N
Note: The warranty administrator must have access to a computer terminal with High speed internet connection.

**Criteria 8.7:**     **PC's with ETKA access**

    Owner:     After sales development

    Formula:     1 ETKA system required for every 8 work stalls, always rounded up to the next full number; At least one

    Note:     All Audi dealerships must have the required number of PCs running ETKA with access to the Internet via a high speed connection at each terminal according to your number of certified technicians.

| Standard 9: | Tools and equipment |
|---|---|

**Criteria 9.1:**    **General workshop equipment**

Owner:     After sales development
Formula:   Y or N
Note:      All dealerships and companion store service operations must have complete, fully functional and properly calibrated general workshop equipment according to the most recent Audi tools and equipment list. Tools and equipment must be on-site in the service shops so that vehicle repairs are not delayed.

**Criteria 9.2:**    **5051B equipment**

Owner:     After sales development
Formula:   At least one dedicated to Audi plus 1 5051B for every 12 technicians, always rounded up to the next full number
Note:      All Audi dealerships and their separate service locations (such as service companion stores and PDI centers) have at least one 5051B diagnostic tester with a high speed internet connection with speed dedicated to Audi and one 5051B with a high speed internet connection for every 12 technicians dedicated to the Audi brand.

**Criteria 9.3:**    **5052, 5052A, or VAS 6150 equipment**

Owner:     After sales development
Formula:   At least one dedicated to Audi; 1 5052A for every 4 technicians, always rounded up to the next full number
Note:      All Audi dealerships are required to have one 5052A or a VAS 6150 diagnostic tester with a high speed internet connection for every four (4) Audi technician. (Note: If service department has multiple shifts, this requirement pertains to number of techs per shift, not total of all shifts.) The 1 to 4 tech ratio reduces the time techs wait for use of the tool.

# Section 4: Personnel

## Standard 10: Training

### Criteria 10.1: Training certification

| | |
|---|---|
| Owner: | Audi academy |
| Formula: | Y or N |
| Note: | Through the standards evaluation process the dealer principal and the area team / regions agree on a number of dealer personnel, based on the dealer operating standards but adjusted to local market conditions and the specific situation of the dealer. |

The agreed upon number of dealer personnel are required to be Audi academy certified as stated in the following standards. Please refer to the annual certification program course catalog for specific training requirements by job position. Twice a year (January with December status and July with June status) the dealership will be evaluated against the training status to become or remain compliant with the standards bonus requirements.

Existing personnel must be and remain certified at any time. New hires have a special time allowance to become certified:

Certification timing for new positions: <u>sales manager, pre-owned manager, service manager, and parts manager</u>: Audi academy certification is required to be achieved within 120 days (4 months) of being hired into the position. Certification is then to be maintained on an annual basis according to the academy certification requirements for the position.

<u>ABS, service consultant, Audi technical specialist, parts consultant, and warranty administrator</u>: All employees in this position are required to achieve Audi academy certification within six months of being hired into the position. Certification is then to be maintained on an annual basis according to the academy certification requirements for the position.

### Criteria 10.2: Exclusivity of personnel

| | | |
|---|---|---|
| Owner: | Audi academy | |
| Formula: | Exclusive type A/B | All positions exclusive to Audi starting with the general manager |
| | Brand dedicated: | All customer contact staff is exclusive to Audi |
| | Universal: | All staff shared with other brands |
| Note: | Focus of personnel and the right training is pre-requisite for success. The separation of the personnel by brand as indicated above is key success factor. | |

## Standard 11:  Office / general personnel

**Criteria 11.1:**      **Dealer principal / general manager**

Owner:       Network development
Formula:    Y or N
Note:         Dealership has on-site Audi senior management on a daily basis. This can be the dealer principal or an Audi general manager empowered to make daily operational decisions on behalf of the dealer. For exclusive stores this senior manager must always be exclusive to Audi – independent of size. For brand dedicated stores the senior manager can be shared with other franchises for sales volume up to 400 units, above that volume the senior manager must be exclusive to Audi.

**Criteria 11.2:**      **On-Line manager / specialist**

Owner:       On-line marketing
Formula:    Y or N
Note:         Dealership has a designated on-line manager / specialist who manages the dealership online business. The on-line manager / specialist can be located off-site. This function can also be covered through a business development center or by a contracted third party.

**Criteria 11.3:**      **Showroom receptionist**

Owner:       Network development
Formula:    Y or N
Note:         All Audi showrooms must have a receptionist as a way finder and to greet customers. Showroom receptionist may also fulfill the phone receptionist in dealerships with a new vehicle BPO under 1000. In Universal stores (less than 100 units sales potential) the receptionist may be shared with the other brands.

**Criteria 11.4:**      **Phone receptionist**

Owner:       Network development
Formula:    Y or N
Note:         One dedicated phone receptionist for Audi dealerships with a BPO of 1,000 or more. This is not the showroom receptionist.

**Criteria 11.5:**      **Controller**

Owner:       Network development
Formula:    Y or N
Note:         Dealership has a controller/business management manager responsible for the efficient management and control of the dealership's financial resources as well as ensuring compliance with the financial reporting requirements of Audi.

**Criteria 11.6:**      **Warranty administrator**

Owner:       After sales development
Formula:    Y or N
Note:         Dealership employs an Audi certified warranty administrator.

| Standard 12: | Sales personnel |
|---|---|

**Criteria 12.1:**   **Sales manager**

Owner:     Network development
Formula:  Y or N
Note:      Dealership employs a certified new vehicle sales manager trained in Audi product, processes and customer experience. In non-exclusive dealerships, a certified new vehicle sales manager exclusive to Audi is required if their annual BPO is 200 or more. In exclusive environment an exclusive certified new vehicle sales manager is required. At 1,000 BPO a 2nd sales manager or an assistant sales manager is required.

**Criteria 12.2:**   **(Certified) pre-owned sales manager**

Owner:     Certified pre-owned sales operations
Formula:  Y or N
Note:      Dealership employs a (Certified) pre-owned vehicle sales manager when the combined BPO of new and Audi Certified pre-owned is over 660 vehicles. Manager must be Audi academy certified.

**Criteria 12.3:**   **Audi brand specialist (ABS)**

Owner:     Network development
Formula:  1 ABS per 100 units (new and CPO) BPO, always rounded up to the next full number, minimum of 2 ABS
Note:      It is recommended that dealerships employ the suggested number of certified Audi brand specialists and certified pre-owned Audi brand specialists. The ABS requirement assumes new vehicle to Certified pre-owned sales ratio of 3 to 1 and 10 sales per month per ABS.

**Criteria 12.4:**   **On-line Audi brand specialist**

Owner:     On-line marketing
Formula:  Y or N
Note:      One dedicated On-line ABS for every 100 new car leads/month, not included in the total ABS count.

**Criteria 12.5:**   **Corporate fleet Audi brand specialist**

Owner:     Sales operations
Formula:  Y or N
Note:      It is recommended that each Audi dealership with a BPO of 250 or more employ an ABS who is trained and responsible to handle corporate (fleet) sales. This ABS is not dedicated to corporate sales.

## Standard 13:    After sales personnel

**Criteria 13.1:**     **Audi service manager**

Owner:    After sales development
Formula:    Y or N
Note:    All dealerships must have a certified Audi service manager. Brand dedicated dealerships are allowed to share a certified Audi service manager up to five Audi work stalls.  If six or more stalls, one exclusively dedicated certified Audi service manager is required

**Criteria 13.2:**     **Audi service consultants / service advisor**

Owner:    After sales development
Formula:    1 service advisor for every 5 technicians, always rounded up to the next full number
Note:    Dealership employs one Audi certified service consultants for every 5 technicians; however, variances will be allowed for dealers utilizing production groups, teams or rotating schedules.

**Criteria 13.3:**     **Audi shop foreman**

Owner:    After sales development
Formula:    0 – 7 work stalls – no shop foreman
8 – 20 work stalls – 1 shop foreman
21 – 40 work stalls – 2 shop foreman
41 – 60 work stalls – 3 shop foreman
Note:    Dealership employs the required number of certified shop foremen. Approved team concept will be considered in lieu of a shop foreman

**Criteria 13.4:**     **Audi technical specialist (Technicians)**

Owner:    After sales development
Formula:    1 technician for every productive work stall
Note:    Dealership employs the necessary number of certified Audi technical specialists; however, variances will be allowed for dealers utilizing production groups, teams or rotating schedules.  The normal ratio of technicians to work stalls is 1:1. This ratio is for planning purposes only and can be affected by shift work and hours of operation. Field and dealer input will determine the final technician and stall requirements for each dealership.

**Criteria 13.5:**     **Audi dispatcher**

Owner:    After sales development
Formula:    1 if # of technicians is equal or bigger than 10
Note:    Dealership employs a dispatcher when technician count is 10 or more.  (Note: This requirement may be met with an electronic dispatching system or advanced production system.). Approved team concept will be considered in lieu of a dispatcher.

**Criteria 13.6:**     **Audi detailers**

Owner:    After sales development
Formula:    1 for every 7 work stalls, always rounded up to the next number
Note:    Dealership either employs the required number of Audi certified detailers or employs an outside facility which meets Audi standards.  Standards for outside facility are found on accessaudi.com

**Criteria 13.7:**      **Audi parts manager**

          Owner:    After sales development
          Formula:  Y or N
          Note:     Dealership employs an Audi certified parts manager. Parts manager must be exclusive to Audi in all exclusive facilities regardless of the number of work stalls. In brand dedicated facilities, 1 shared parts manager up to 5 Audi work stalls, 1 dedicated parts manager for 6 or more service work stalls.

**Criteria 13.8:**      **Audi parts consultants**

          Owner:    After sales development
          Formula:  2-5 work stalls, 1 parts consultant
                       6-10 work stalls, 2 parts consultants
                       11-15 work stalls, 3 parts consultants
                       16-22 work stalls, 4 parts consultants
                       23-29 work stalls, 5 parts consultants
                       30-37 work stalls, 6 parts consultants
                       38-44 work stalls, 7 parts consultants
          Note:     Dealership employs the recommended number of certified parts consultants. For dealerships with 10 or more Audi work stalls, the consultants should be exclusive to Audi. The formula is based on 1 parts consultant per 5 techs up to 15 techs, than increments increase due to efficiencies.

**Criteria 13.9:**      **Audi HazMat certified parts consultant**

          Owner:    After sales development
          Formula:  Y or N
          Note:     At least one parts consultant must be HazMat certified to handle ground shipments and one person Hazmat certified for air shipments of warranty parts to meet government regulations. (This can be the same person).