EXHIBIT H

# JIM VOGLER

**From:** Rob Maynes <mayneslaw@hotmail.com>
**Sent:** Friday, April 02, 2010 11:29 AM
**To:** JIM VOGLER
**Attachments:** 274.Outline of Settlement w_VW_Audi 033110.pdf

Jim,
Thank you again for your time and expertise in this matter. Per your request, attached is the Outline of Settlement. Given the settlement and as we discussed, I will not be responding to the request for production of documents.
Thanks,
Rob

ROBERT J. MAYNES
ATTORNEY AT LAW
1075 South Utah, Suite 320
P.O. Box 3005
Idaho Falls, Idaho 83403
(208) 552-6442
(208) 522-1334 fax

PRIVATE & CONFIDENTIAL:
This message originates from THE LAW OFFICE OF ROBERT J. MAYNES, and the contents of this message, or any file(s), enclosure(s) or attachment(s) transmitted with it may contain confidential information that is subject to the attorney-client privilege, attorney work product privilege, or is otherwise protected against unauthorized use or disclosure. Any disclosure, distribution, copying or use of this information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited. If you have received this message in error, please notify the sender by immediate reply and delete the original message.

---

The New Busy is not the old busy. Search, chat and e-mail from your inbox. Get started.

**EXHIBIT 14**

1

Outline of Settlement
Motion to Assume Franchise Agreements
Audi/Volkswagen–B.A. Wackerli

I. The Volkswagen ("VW") and Audi dealership franchise agreements will be assumed pursuant to section 365 of the bankruptcy code.

II. The parties agree to a temporary relocation of the VW / Audi show room facility to 1400 North Holmes (identified on exhibit "A" hereto), and the service operations to the facility identified as exhibit "B" hereto. As to the temporary facilities, the Debtor shall promptly move the Audi/VW signs to the temporary location and complete minimal refurbishment as agreed by the parties.

III. Within the earlier of 18 months from the date of confirmation or two years from March 31, 2010, the Debtor shall complete an Audi/VW dual brand dedicated facility meeting VW/Audi minimum facility standards. If Debtor fails to complete the construction of the facility within the time frame specified above, it shall be deemed a material breach and the Debtor consents that said breach shall constitute good cause for termination of the dealer agreements.

IV. Debtor shall meet VW/Audi minimum operating and financial standards known and understood by the parties.

V. Settlement is subject to review and approval of a final written assumption and relocation agreement.

VI. The terms of the parties final settlement agreement shall be incorporated into the Chapter 11 Plan and any amendments thereto.

Motion To Assume
3/31/10 a.m.



EXHIBIT 100

