EXHIBIT I

**Microsoft Outlook**

| | |
|---|---|
| From: | John Kennard [wackerliauto@gmail.com] |
| Sent: | Wednesday, June 23, 2010 10:20 AM |
| To: | VanHassel, Rick |
| Cc: | Weidle, Eric |
| Subject: | Re: Update? |
| Attachments: | VW construction ageement.jpg.html |

Hi Rick,
Good to talk to you again, there is not much to update as you can see from the attachment, we are working on the Subaru store because of the agreement with them, we only have until December to complete the updates to that store, we will stay on time with the construction agreement with both VW & Audi.
Today is a big day for us, as we are going to court to get confirmation on our Chapter 11 plan. I will keep everyone updated on the progress of our agreement with both.

Thank You,

John.

On Tue, Jun 22, 2010 at 3:50 PM, VanHassel, Rick <Rick.VanHassel@vw.com> wrote:
> Hi, John. It has been a while since we visited and I looked at the site.
> Do you have an update on any the progress  your architect is making
> getting a design out to me for my review?
>
>
>
> I look forward to hearing from you.
>
>
>
> Rick VanHassel
>
> Network Development Project Manager
>
> Office:   303-955-8223
>
> Fax:   303-568-9209
>
> Cell:   303-810-2106
>
>


EXHIBIT 19

1

Exhibit D: Temporary Dealer Premises Addendum to Audi Dealer Agreement

EXHIBIT B TO
AUDI DEALER AGREEMENT

ADDITIONAL TERMS AND CONDITIONS ADDENDUM

1. Dealer firm name:

   B.A. Wackerli Co., Inc.
   d/b/a Wackerli Audi

2. Audi has approved the location of the following premises, and no others for Dealer's Operations for a period of time beginning as of the date set forth below and ending at the earlier to occur of (i) such time as Dealer's operations are relocated to newly-constructed sales and service facilities at 1400 N. Holmes, and (ii) March 31, 2012:

   a. Sales Facilities:
      1400 N. Holmes Ave., Idaho Falls, ID 83401
   b. Authorized Automobile Storage Facilities:
      1400 N. Holmes Ave., Idaho Falls, ID 83401
   c. Service Facilities:
      1363 N. Holmes Ave., Idaho Falls, ID 83401
   d. Genuine Parts Storage Facilities:
      1363 N. Holmes Ave., Idaho Falls, ID 83401
   e. Used Car Lot:
      1400 N. Holmes Ave, Idaho Falls, ID 83401

Dealer hereby certifies that the foregoing information is true and complete as of the date below.

This Exhibit cancels any prior Dealer Premises Addendum.

DATED: [APPROVAL DATE], 2010.

AUDI OF AMERICA, INC.

BY: _____

DEALER:
B.A. Wackerli Co., Inc. d/b/a Wackerli Volkswagen

BY: _____
    Steve Wackerli, President

Exhibit E: VW Facility Construction Agreement

EXHIBIT C TO
DEALER AGREEMENT DATED
JUNE 30, 1998

FACILITIES CONSTRUCTION ADDENDUM

This Facilities Construction Addendum (the "Addendum") is an integral part of the Volkswagen Dealer Agreement dated June 30, 1998 (the "Dealer Agreement") by and between Volkswagen of America, Inc., an operating unit of Volkswagen Group of America, Inc. ("VWoA"), and B.A. Wackerli Co., Inc. ("Dealer").

1. Dealer has requested that VWoA allow Dealer to temporarily relocate its sales operations to a facility located at 1400 N. Holmes Ave., Idaho Falls, ID, and to temporarily relocate its service and parts operations to a facility located at 1363 N. Holmes Ave., Idaho Falls, ID, and to build a VW/Audi dual brand-dedicated sales and service facility on a portion of the property located at 1400 N. Holmes Ave. In order to induce VWoA to agree to amend the Volkswagen Dealer Agreement to allow Dealer to so relocate, and as consideration for VWoA's agreeing to enter into a new Dealer Premises Addendum to the Dealer Agreement to allow for such relocation, Dealer enters into this Addendum.

2. Dealer shall build a new VW/Audi dual brand-dedicated sales and service facility on a portion of the property located at 1400 N. Holmes Ave. meeting VWoA's minimum requirements and standards for a Volkswagen Modular White Frame Facility (the "White Frame Facility"). The White Frame Facility shall meet the square footage requirements required by the Volkswagen Modular White Frame standards and the Volkswagen Dealer Operating Standards in effect at the time of the commencement of design of the facility. The White Frame Facility also shall contain all applicable Volkswagen Corporate Identification, Branding Elements and signage allowed by local codes and required by the Volkswagen Modular White Frame standards and the Volkswagen Dealer Operating Standards in effect at the time of the commencement of the design of the facility.

3. Dealer, in connection with its renovation of the White Frame Facility, shall adhere to the timetables set forth below:

   a. On or before May 15, 2010, Dealer shall submit to VWoA a completed Volkswagen White Frame Design Services Enrollment form for design services relating to the construction of a White Frame Facility at the Dealer Premises;

   b. On or before July 1, 2010, Dealer shall cause a survey for the White Frame Facility, which survey shall determine the required design and construction specifications;

   c. On or before August 31, 2010, Dealer shall agree to a Design Criteria Document for the White Frame Facility that is prepared and submitted to it by VWoA;

   d. On or before September 30, 2010, Dealer shall complete and submit to VWoA for its review and approval design drawings for the White Frame Facility, including a site plan, floor plan, and elevations. In the event VWoA submits comments, Dealer shall revise such drawings in accordance with VWoA's recommendations, and shall submit revised