EXHIBIT J

ROBERT J. MAYNES, ISB No. 6905
*Attorney at Law*
P. O. Box 3005
Idaho Falls, ID 83405
Telephone: (208) 552-6442
Facsimile: (208) 522-1334
Email: mayneslaw@hotmail.com

*Debtor's counsel*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In Re: | Case No. 09-40202 JDP |
|---|---|
| B.A. WACKERLI CO., INC., | Chapter 11 |
| Debtor. | |

**AFFIDAVIT OF STEVEN B. WACKERLI**

STATE OF IDAHO        )
                      ::SS
County of Bonneville  )

I, Steven B. Wackerli, being first duly sworn upon oath, deposes and says:

1. I am the President of B.A. Wackerli Co., Inc. I make this affidavit upon my own knowledge, information and belief.

2. As part of my duties as the presiding officer of the corporation, I reviewed corporate books and records with regards to the new vehicle allocation from July 2010 through May 2011. The following represents the actual new vehicles provided, (here actual amounts were unclear from the records approximate amounts are indicated):

|  | Volkswagen | Audi |
|---|---|---|
| July 2010 | 2 | 2 |
| August 2010 | 1 | 1 |
| September 2010 | 0 | 4 |
| October 2010 | 2 | 2 |

**EXHIBIT**
109

|  |  |  |
|---|---|---|
| November 2010 | 3 | 4 |
| December 2010 | 3 | 0 |
| January 2011 | 0 | 2 |
| February 2011 | 2 | 1 |
| March 2011 | 0 | 2 |
| April 2011 | 1 | 0 |
| May 2011 | 1 | 0 |
| TOTAL NEW VEHICLES: | 15 | 16 |

3. Depending on the make and model, Volkswagen vehicles represent approximately $1,000.00 to $1,200.00 gross profit per vehicle. Assuming all fifteen vehicles have been sold, this represents a maximum gross profit of $18,000.00 on new VW vehicles since June of 2010.

4. In addition to the vehicles allocated by the manufacturers, the Debtor obtained an estimated ten-twelve (10-12) additional vehicles from both manufacturers combined during this time period.

5. Depending on the make and model, Audi vehicles represent approximately $1,500.00 to $2,500.00 gross profit per vehicle. Assuming all sixteen vehicles have been sold, this represents a maximum gross profit of $40,000.00 on new Audi vehicles since June of 2010.

6. It is estimated that the cost of the new facility to be built for VW/Audi will be in excess of 1.5 and 2 million dollars (depending on varying construction costs and market conditions).

7. In October/November 2010, the Debtor requested an Audi allocation of 90 vehicles for 2011 and was told by the Audi representative to be "realistic." Ultimately, Audi indicated in the 2011 Allocation that only 30 new vehicles were anticipated. However, for the first five months of 2011, Audi has allocated five (5) new vehicles.

8.  To date, the Debtor has expended the following sums in furtherance of its obligations under the Settlement Agreement with VW/Audi:

| | |
|---:|:---|
| Training | $23,691.96 |
| Wages | $313,931.16 |
| Workman's Compensation | $10,922.00 |
| Payroll Taxes | $40,050.15 |
| Insurance | $12,468.00 |
| VW & Audi Parts Inventory | $150,000.00 Average |
| Shuttle Expense | $2,400.00 |
| Rental Program | $11,181.04 |
| Real Estate Repairs | $8,004.00 |
| Remodel expenses | $10,000.00 approximate (1400 N. Holmes) |
| Flooring Interest | $45,309.58 |
| Loan Fees | $18,666.67 |
| VW/Audi Factory Charges | $27,189.60 |
| Trustee Fees | $26,000.00 |
| Architect | $10,000.00 approximate |
| New Tools | $5,453.81 |
| A-K Signs | $7,721.80 |
| Internet | $15,109.32 |
| Internet Development | $5,000.00/month ($55,000 over past 11 mos.) |
| New Computer System | $44,952.84 |
| New Telephone System | $18,134.67 |
| Property Taxes | $14,675.70 |
| Rent | $84,000.00 (thru April 2011) |
| Utilities | $10,806.50 (thru April 2011) |
| **TOTAL:** | **$965,668.80** |

And costs continue to accrue.

9.  The Debtor has sold more vehicles than it can obtain. Specifically, the Debtor has a number of pre-sold orders that it has been told VW/Audi cannot provide.

10. The VW and Audi sales representatives have represented to the Debtor that demand is high and inventory is low industry wide and thus, the Debtor should stop requesting additional inventory.

AFFIDAVIT OF STEVEN B. WACKERLI        3

11.  Of the total proposed Audi allocation for 2010, Wackerli received approximately 28 new Audi vehicles. Of the total proposed VW allocation, Wackerli received approximately 19 new VW vehicles.

12.  Without a good faith increase in new vehicle inventory, of the appropriate colors and models for this market area, over time to allow for market penetration, the new facility is not economically feasible.

13.  In order to support the new facility, the Debtor would need approximately 120-150 new vehicles per manufacturer, per year (i.e. 240-300 new vehicles annually) and the Debtor anticipates that it would need to phase this new inventory in over a 12 month timeframe given the inventory depletion to this point.

14.  As a direct result of VW and Audi's failure to provide a sufficient inventory of the appropriate mix of colors, models and options, the Debtor's net profit (as that term is defined in the Confirmed Plan) and ultimately the payment amount to unsecured creditors has been directly prejudiced in the amount set forth above.

15.  Further, the Debtor was proceeding with the relocation and new facility development until the fall of 2010 when it was evident that vehicle allocation was insufficient to support the ongoing expenses associated with the new facility development and construction.

*16.  Reserved.*

17.   Further your affiant sayeth naught.

DATED: May 27, 2011

By: _____
      Steven B. Wackerli

SUBSCRIBED AND SWORN TO before me this 27th day of May, 2011.

_____
NOTARY PUBLIC
Residing at: Idaho Falls, ID
Commission expires: 8/22/2015

THERESA G. CARSON
NOTARY PUBLIC
STATE OF IDAHO

AFFIDAVIT OF STEVEN B. WACKERLI          5