EXHIBIT K



Volkswagen of America, Inc.
2200 Ferdinand Porsche Drive
Herndon, VA 20171
Phone 703-364-7000
www.vw.com

January 17, 2012

VIA CERTIFIED MAIL, RECEIPT NO. 7008 1140 0003 3049 0873

B. A. Wackerli Co., d/b/a
Wackerli Volkswagen
1400 N. Holmes, Idaho Falls, ID 83401
Attention: Mr. Steven B. Wackerli

Re: Notice of Termination of Volkswagen Dealer Agreement Dated June 30, 1998

Dear Mr. Wackerli:

This letter is to notify you that Volkswagen of America, Inc., an operating unit of Volkswagen Group of America, Inc. ("VWoA"), intends to terminate, and hereby does terminate, the Volkswagen Dealer Agreement between it and B.A. Wackerli d/b/a Wackerli Volkswagen ("Wackerli Volkswagen") dated June 30, 1998 (the "Dealer Agreement") effective on the later of April 30, 2012 or the date that is ninety (90) days from the date you receive this letter.

### Statement of Reasons for Termination

A.  **Breach of Facility Commitment.**

As you know, under the terms of a certain Settlement Agreement dated April 28, 2010 (the "Settlement Agreement"), which Settlement Agreement was executed in connection with your bankruptcy proceedings, the Dealer Agreement was amended to allow you to relocate your dealership facilities to 1400 N. Holmes Avenue, Idaho Falls, Idaho (the "Dealership Premises"). As part of our agreement to allow you to relocate your dealership facilities, you agreed to renovate the existing facility at the Dealership Premises into a new VW/Audi dual brand-dedicated sales and service facility meeting VWoA's minimum requirements and standards for a Volkswagen Modular White Frame Facility. This agreement was set forth in a facility construction addendum to your Volkswagen Dealer Agreement (the "Facility Addendum") which you executed in connection with the Settlement Agreement. *See* Settlement Agreement ¶5 and Exhibit E, ¶¶1-2; Dealer Agreement Exhibit C, ¶¶1-2.

Pursuant to Paragraph 3 of the Facility Addendum, you agreed, in connection with your obligation to renovate the existing facility at the Dealership Premises, to:

- Complete and submit to VWoA for review and approval design drawings for the facility by October 30, 2010 (Facility Addendum ¶3.d);

EXHIBIT 100

- Complete and submit to VWoA for review and approval a 100% complete set of construction drawings for the facility by January 15, 2011 (Facility Addendum ¶3.e);

- Complete construction of the facility by the earlier of 18 months after the approval of Wackerli's plan of reorganization in the Bankruptcy Court or March 31, 2012 (the "Completion Date") (Facility Addendum ¶3.h).

Wackerli failed to submit design drawings by October 30, 2010 and, in fact, did not submit design drawings until over one year later. As for construction drawings, Wackerli has still not submitted 100% construction drawings. Moreover, Wackerli has not placed orders with certain vendors that have lead times of at least twelve weeks, including Sobotec and Ideal Image. Accordingly, at this point, it is not possible for Wackerli to meet its obligation to complete construction of its facility by the March 31, 2012 Completion Date.

Pursuant to Paragraph 5 of the Facility Addendum, Wackerli agreed that if it failed to meet any term or condition of the Facility Addendum, including failing to complete and occupy its facility by March 31, 2012, which at this point is impossible, "then VWoA may terminate the Dealer Agreement of which this Addendum is a part." Wackerli further acknowledged that if it failed to meet its obligations under the Facility Addendum, then VWoA would have good cause for terminating the Dealer Agreement.

Unfortunately, while we notified you of your defaults under the Facility Addendum by letter dated April 1, 2011 ("Notice of Default"), you have failed to cure those defaults. In view of your failure to cure your defaults under the Facility Addendum, and given that it is now impossible for you to complete construction of the facility contemplated by the Facility Addendum by the March 31, 2012 Completion Date, VWoA shall proceed with the termination of your Volkswagen Dealer Agreement as provided for under Paragraph 5 of the Facility Addendum.

B.      Breach of New Vehicle Sales Obligations.

Wackerli Volkswagen has also failed to fulfill its sales performance obligations under the Dealer Agreement. Specifically, Article 5(1) of the Volkswagen Dealer Agreement Standard Provisions states that:

> Dealer will use its best efforts to promote the sale of Authorized Automobiles in Dealer's Area, through regular contacts with owners, users, and prospective owners and users of Authorized Products; through promotion, prospecting, and follow-up programs; and through such means and at such levels as may be indicated from time to time by the Operating Standards, Operating Plan and Recommendations.

Article 5(2) states that:

> Dealer will achieve the best sales performance possible in Dealer's Area for each model and type of Authorized Automobile. The measurement for Dealer's yearly sales performance will be the objective established in the applicable annual Operating Plan.

As we informed you in the Notice of Default, you had for more than two years failed to meet your performance obligations under these provisions. Indeed, your sales performance has stagnated and, when compared to the opportunity available to you, has declined, as shown in this chart:

| Month/Year (YTD) | (A) Unit Sales | (B) Expected Sales @ Region Avg Sales Penetration | (C) DSI [(A ÷ B) − 1 X 100) | (D) Lost Sales [B − A] | (E) Sales Effectiveness [old measure] |
|---|---|---|---|---|---|
| Sep 2011 | 24 | 68 | -64.7 | 44 | 35.3% |
| Dec 2010 | 27 | 57 | -52.6 | 30 | 47.4% |
| Dec 2009 | 24 | 62 | -61.3 | 38 | 38.7% |
| Dec 2008 | 43 | 69 | -37.6 | 26 | 62.4% |

In the Notice of Default we informed you that we expected you to bring your cumulative retail sales of new Volkswagen vehicles to the level set forth in your 2011 Business Plan, which was 83 vehicles. You not only failed to meet this criteria, selling only 44 new Volkswagen vehicles for all of 2011, but have to demonstrate substantial progress toward compliance with the performance criteria that VWoA established and informed you of in our April 1, 2011 Notice of Default. Accordingly, good cause exists to terminate your Volkswagen Dealer Agreement.

Sincerely,

Joseph Vignone
Region Director

Robert Kim
General Manager Network Operations

cc: Paul Wareing

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   B. A. Wackerli Co., d/b/a
   Wackerli Volkswagen
   1400 N. Holmes, Idaho Falls, ID 83401
   Attention: Mr. Steven B. Wackerli

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _McAffar_
☐ Agent
☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)    7008 1140 0003 3049 0873

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

English    Customer Service    USPS Mobile      Register / Sign In



Search USPS.com or Track Packages

Quick Tools    Ship a Package    Send Mail    Manage Your Mail    Shop    Business Solutions

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70001140000330490073 | First-Class Mail® | Delivered | January 20, 2012, 11:26 am | IDAHO FALLS, ID 83401 | Expected Delivery By: January 21, 2012<br>Certified Mail™<br>Return Receipt |
| | | Depart USPS Sort Facility | January 20, 2012 | POCATELLO, ID 83202 | |
| | | Processed through USPS Sort Facility | January 20, 2012, 12:07 am | POCATELLO, ID 83202 | |
| | | Depart USPS Sort Facility | January 18, 2012 | MERRIFIELD, VA 22081 | |
| | | Processed at USPS Origin Sort Facility | January 17, 2012, 9:48 pm | MERRIFIELD, VA 22081 | |
| | | Acceptance | January 17, 2012, 5:05 pm | HERNDON, VA 20171 | |

## Check on Another Item

What's your label (or receipt) number?

Find