EXHIBIT L

# Audi of America, Inc.



January 17, 2012

Audi of America, Inc.
2200 Ferdinand Porsche Dr.
Herndon, VA 20171
+1 703 364 7000
www.audiusa.com

VIA CERTIFIED MAIL, RECEIPT NO. <u>7009 0960 0000 2954 6650</u>

B. A. Wackerli Co., d/b/a
Wackerli Audi
1400 N. Holmes, Idaho Falls, ID 83401
Attention: Mr. Steven B. Wackerli

Re: **Notice of Termination of Audi Dealer Agreement Dated January 1, 1997**

Dear Mr. Wackerli:

This letter is to notify you that Audi of America, Inc., an operating unit of Volkswagen Group of America, Inc. ("AoA"), intends to terminate, and hereby does terminate, the Audi Dealer Agreement between it and B.A. Wackerli d/b/a Wackerli Audi ("Wackerli Audi") dated January 1, 1997 (the "Dealer Agreement") effective on the later of April 30, 2012 or the date that is ninety (90) days from the date you receive this letter.

### Statement of Reasons for Termination

As you know, under the terms of a certain Settlement Agreement dated April 28, 2010 (the "Settlement Agreement"), which Settlement Agreement was executed in connection with your bankruptcy proceedings, the Dealer Agreement was amended to allow you to relocate your dealership facilities to 1400 N. Holmes Avenue, Idaho Falls, Idaho (the "Dealership Premises"). As part of our agreement to allow you to relocate your dealership facilities, you agreed to renovate the existing facility at the Dealership Premises into a new VW/Audi dual brand-dedicated sales and service facility meeting AoA's minimum facility requirements. This agreement was set forth in a facility construction addendum to your Audi Dealer Agreement (the "Facility Addendum") which you executed in connection with the Settlement Agreement. *See* Settlement Agreement ¶5 and Exhibit F, ¶1; Dealer Agreement Exhibit C, ¶1.

Pursuant to Paragraph 2 of the Facility Addendum, you agreed, in connection with your obligation to renovate the existing facility at the Dealership Premises, to:

- Develop final construction drawings and a finish schedule by December 15, 2010; (Facility Addendum ¶2.a);

- Obtain all necessary approvals and building permits and begin construction by March 31, 2011 (Facility Addendum ¶2.b);

**EXHIBIT**

101



- Complete construction of the facility by the earlier of 18 months after the approval of Wackerli's plan of reorganization in the Bankruptcy Court or March 31, 2012 (the "Completion Date") (Facility Addendum ¶2.c).

Wackerli failed to complete construction drawings and a finish schedule by December 15, 2010. Indeed, as of the sending of this letter Wackerli has still failed to meet these obligations, as well as its obligation to obtain necessary building permits and approvals, which Wackerli committed to obtaining by March 31, 2011. In view of Wackerli's breach of these deadlines and its delay in making progress on its facility renovation, it is not possible, at this date, for Wackerli to meet its obligation to complete renovation of its facility by the March 31, 2012 Completion Date.

Pursuant to Paragraph 6 of the Facility Addendum, Wackerli agreed that if it failed to comply timely with any provision of the addendum that "Audi may, at its option, terminate the Dealer Agreement of which this Addendum is a part." Wackerli further acknowledged that if it failed to meet its obligations under the Facility Addendum, then Audi would have good cause for terminating the Dealer Agreement.

Unfortunately, while we notified you of your defaults under the Facility Addendum by letter dated April 20, 2011 ("Notice of Default"), you have failed to cure those defaults. In view of your failure to cure your defaults under the Facility Addendum, and given that it is now impossible for you to complete construction of the facility contemplated by the Facility Addendum by the March 31, 2012 Completion Date, Audi shall proceed with the termination of your Audi Dealer Agreement as provided for under Paragraph 6 of the Facility Addendum. As previously stated, termination of your Audi Dealer Agreement will be effective on April 30, 2012 or 90 days from your receipt of this letter, whichever date is earlier.

Sincerely,

Michael Cagle
Region Director

Treffen White
General Manager, Network Development

cc: Paul Wareing

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BA Wackerli Co, dba Wackerli Audi
1400 N Holmes
Idaho Falls, ID 83401
Attn: Mr Steven Wackerli

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _/s/ McA____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)  7009 0960 0000 2954 6650

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To: BA Wackerli Co, Attn: Steven Wackerli
Street, Apt. No.; or PO Box No. 1400 N Holmes
City, State, ZIP+4 Idaho Falls, ID 83401

PS Form 3800, August 2006   See Reverse for Instructions

7009 0960 0000 2954 6650