EXHIBIT R

# BEFORE THE IDAHO TRANSPORTATION DEPARTMENT, IN THE STATE OF IDAHO

| | |
|---|---|
| IN THE MATTER OF THE PROTEST OF NOTICE OF FRANCHISE AGREEMENT TERMINATION:<br><br>B.A. WACKERLI CO., Franchisee,<br><br>vs.<br><br>VOLKSWAGEN OF AMERICA, INC., Franchisor, | B. A. WACKERLI CO.'S COMBINED PETITION FOR REVIEW |
| IN THE MATTER OF THE PROTEST OF NOTICE OF FRANCHISE AGREEMENT TERMINATION:<br><br>B.A. WACKERLI CO., Franchisee,<br><br>vs.<br><br>AUDI OF AMERICA, INC., Franchisor, | |

The franchisee and petitioner, B.A. Wackerli Co., hereby petitions the Director of the Idaho Transportation Department to review the Hearing Officer's Findings of Fact, Conclusions of Law and Preliminary Order regarding Volkswagen of America, Inc. and Audi of America, Inc. dated June 8, 2012. B.A. Wackerli also seeks review of the corresponding Decision(s) on Petition for Reconsideration dated June 25, 2012. B.A. Wackerli hereby refers to and incorporates by reference all exhibits admitted at the hearing of this matter, the transcript of the hearing held April 25 and 26, 2012, B.A. Wackerli's closing brief filed May 25, 2012 and B.A. Wackerli's Combined Petition for Reconsideration filed June 21, 2012.

On June 21, 2012, B.A. Wackerli filed its Combined Petition for Reconsideration of the Hearing Officer's Preliminary Order. On June 25, 2012, the Hearing Officer issued his Decision on Petition for Reconsideration in both the Volkswagen of America and Audi of America matters.

B. A. Wackerli requests that the Director review the Hearing Officer's conclusions of law, including, but not limited to, Conclusions of Law 17, 18 and 19 concluding that Idaho Code §§ 49-1613(2)(i) and (j) do not apply and thus do not provide to B.A. Wackerli the affirmative defenses of excuse from performance and lack of good faith and fair dealing related to the Settlement Agreement at issue in this protest. B.A. Wackerli also requests that the Director review the Hearing Officer's conclusion on pages 5 and 6 of the Decision on Reconsideration Re Volkswagen of America that "Wackerli bears the burden of proof of lack of good faith in the execution of VWoA's vehicle allocation obligation and to establish that VWoA's allocation policies and performance inhibited or rendered impracticable or impossible the performance of the Settlement Agreement by Wackerli." B.A. Wackerli submits that this is an improper shifting of the burden of proof per Idaho Code § 49-1614(6).

DATED June 29, 2012

_____
Michael D. Gaffney
Of Beard St. Clair Gaffney
Attorneys for Franchisee

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 29th day of June, 2012, I caused to be served true and correct copies of the foregoing document to the following parties:

| | |
|---|---|
| Stephen R. Thomas<br>Moffatt Thomas Barrett Rock & Shields<br>PO Box 829<br>Boise, ID 83701-0829<br>srt@moffatt.com | **Via:**<br>( ) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile<br>(X) Email (pdf attachment) |
| Owen H. Smith<br>Steve Yatvin<br>Barack Ferrazzano Kirschbaum & Nagelberg<br>200 West Madison Street, Suite 3900<br>Chicago, IL 60606<br>owen.smith@bfkn.com<br>steve.yatvin@bfkn.com | **Via:**<br>( ) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile<br>(X) Email (pdf attachment) |
| Stephen Bywater<br>Bywater Law Office<br>PO Box 170399<br>Boise, ID 83717<br>bywaterlaw@gmail.com | **Via:**<br>( ) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile<br>(X) Email (pdf attachment) |
| Brian Ness<br>Director, ITD<br>PO Box 7129<br>Boise, ID 83707-1129 | **Via:**<br>( ) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>(X) Facsimile<br>( ) Email (pdf attachment) |

_____
Michael D. Gaffney
Of Beard St. Clair Gaffney PA
Attorneys for Franchisee