EXHIBIT S

# BEFORE THE IDAHO TRANSPORTATION DEPARTMENT, IN THE STATE OF IDAHO

| | |
|---|---|
| IN THE MATTER OF THE PROTEST OF NOTICE OF FRANCHISE AGREEMENT TERMINATION:<br><br>B.A. WACKERLI CO., Franchisee,<br><br>vs.<br><br>VOLKSWAGEN OF AMERICA, INC., Franchisor, | B. A. WACKERLI CO.'S EMERGENCY MOTION FOR IMMEDIATE ADMINISTRATIVE STAY |
| IN THE MATTER OF THE PROTEST OF NOTICE OF FRANCHISE AGREEMENT TERMINATION:<br><br>B.A. WACKERLI CO., Franchisee,<br><br>vs.<br><br>AUDI OF AMERICA, INC., Franchisor, | |

The franchisee and petitioner, B.A. Wackerli Co., hereby petitions the Director of the Idaho Transportation Department to issue an immediate administrative stay preventing Audi and VW from terminating Wackerli's Volkswagen and Audi dealer agreements on July 13, 2012 at 12:01 a.m. as they have threatened to do. This motion is supported by an affidavit of counsel filed herewith and the previous submission to this body.

The Director should be able to fully review the Wackerli appeal and issue a decision in due course. Idaho Code § 62-5274 gives the agency discretion to order a

stay. Based on the foregoing, Wackerli respectfully requests that an immediate administrative stay be issued from ITD.

DATED: July 12, 2012

_____
John M. Avondet
Of Beard St. Clair Gaffney
Attorneys for Franchisee

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 12th day of July, 2012, I caused to be served true and correct copies of the foregoing document to the following parties:

Lee Radford
Moffatt Thomas Barrett Rock & Shields
PO Box 51505
Idaho Falls, ID 83405
Fax: (208) 522-5111

**Via:**
( ) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
(✓) Facsimile
( ) Email (pdf attachment)

Owen H. Smith
Steve Yatvin
Barack Ferrazzano Kirschbaum & Nagelberg
200 West Madison Street, Suite 3900
Chicago, IL 60606
owen.smith@bfkn.com
steve.yatvin@bfkn.com
Fax: (312) 984-3150

**Via:**
( ) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
(✓) Facsimile
( ) Email (pdf attachment)

Stephen Bywater
Bywater Law Office
PO Box 170399
Boise, ID 83717
bywaterlaw@gmail.com

**Via:**
( ) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
(✓) Facsimile
(✓) Email (pdf attachment)

Brian Ness
Director, ITD
PO Box 7129
Boise, ID 83707-1129

**Via:**
( ) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
(✓) Facsimile
( ) Email (pdf attachment)

John M. Avondet
Of Beard St. Clair Gaffney PA
Attorneys for Franchisee

# BEFORE THE IDAHO TRANSPORTATION DEPARTMENT, IN THE STATE OF IDAHO

| | |
|---|---|
| IN THE MATTER OF THE PROTEST OF NOTICE OF FRANCHISE AGREEMENT TERMINATION:<br><br>B.A. WACKERLI CO., Franchisee,<br><br>vs.<br><br>VOLKSWAGEN OF AMERICA, INC., Franchisor, | AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION FOR ADMINISTRATIVE STAY |
| IN THE MATTER OF THE PROTEST OF NOTICE OF FRANCHISE AGREEMENT TERMINATION:<br><br>B.A. WACKERLI CO., Franchisee,<br><br>vs.<br><br>AUDI OF AMERICA, INC., Franchisor, | |

STATE OF IDAHO  )
                )ss.
County of Bonneville )

I, John M. Avondet, having been duly sworn on oath, depose and state:

1. I am an attorney with the law firm, Beard St. Clair Gaffney PA, and counsel for Franchisee, B.A. Wackerkli Co. in the above entitled matter.

2. I am competent to testify and do so from personal knowledge.

3. Attached as Exhibit A is a true and correct copy of the letter from Steven Yatvin to Michael Gaffney dated July 10, 2012.

Affidavit of Counsel in Support of Motion for Administrative Stay    1

4.  Attached as Exhibit B is a true and correct copy of the Affidavit of Steve Wackerli filed July 12, 2012 in the Seventh Judicial District Court Case No. CV-12-3822.

DATED: July 12, 2012

_____
John M. Avondet

Subscribed and sworn to before me on this 12th day of July, 2012.

_____
Notary Public for Idaho
Residing at: Idaho Falls, ID
My Commission Expires: 9/11/14
(SEAL)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 12th day of July, 2012, I caused to be served true and correct copies of the foregoing document to the following parties:

| | **Via:** |
|---|---|
| Lee Radford<br>Moffatt Thomas Barrett Rock & Shields<br>PO Box 51505<br>Idaho Falls, ID 83405<br>Fax: (208) 522-5111 | ( ) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>(✓) Facsimile<br>( ) Email (pdf attachment) |

| | **Via:** |
|---|---|
| Owen H. Smith<br>Steve Yatvin<br>Barack Ferrazzano Kirschbaum & Nagelberg<br>200 West Madison Street, Suite 3900<br>Chicago, IL 60606<br>owen.smith@bfkn.com<br>steve.yatvin@bfkn.com | ( ) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>(✓) Facsimile<br>( ) Email (pdf attachment) |

| | **Via:** |
|---|---|
| Stephen Bywater<br>Bywater Law Office<br>PO Box 170399<br>Boise, ID 83717<br>bywaterlaw@gmail.com | ( ) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>(✓) Facsimile<br>(✓) Email (pdf attachment) |

| | **Via:** |
|---|---|
| Brian Ness<br>Director, ITD<br>PO Box 7129<br>Boise, ID 83707-1129 | ( ) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>(✓) Facsimile<br>( ) Email (pdf attachment) |

_[signature]_
John M. Avondet
Of Beard St. Clair Gaffney PA
Attorneys for Franchisee

## BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP

200 WEST MADISON STREET, SUITE 3900
CHICAGO, ILLINOIS 60606

Steven J. Yatvin
(312) 629-5192
Voice Mail Ext. 4592
steve.yatvin@bfkn.com

Telephone (312) 984-3100
Facsimile (312) 984-3150

July 10, 2012

**VIA E-MAIL AND UNITED STATES MAIL**

Mr. Michael D. Gaffney, Esdq.
Beard, St. Clair, & Gaffney
2105 Coronado Street
Idaho Falls, ID 83404

Re: B.A. Wackerli Volkswagen and B.A. Wackerli Audi

Dear Mike:

    I have received your letter from yesterday. I would be remiss if I did not address up front your comment that VWoA and AoA have wanted to take a "hard line position with regard to termination of the dealerships." That is an inaccurate characterization of VWoA and AoA's position. VWoA and AoA do not seek to take a "hard line" but, rather, only wish to cease doing business with a dealer that has breached its obligations to VWoA and AoA. Moreover, your "hard line" accusation is inconsistent with VWoA and AoA's decision to wait until July 13, 2012 to implement the termination.

    As we explained in our Response to B.A. Wackerli Co.'s Combined Petition for Review, the Preliminary Orders became final pursuant to Idaho Code § 67-5243 on June 28, 2012 at the latest. And, had the orders not become final pursuant to Idaho Code § 67-5243, those orders would have become final as of July 5, 2012, the date by which the Department was required to issue a final determination pursuant to Idaho Code § 49-1617(3).

    Although AoA and VWoA had the right to immediately terminate Wackerli's Volkswagen and Audi Dealer Agreements on June 28, 2012, they decided to extend the termination date until July 13, 2012 so that Wackerli could complete all open warranty repair orders and report any final sales of new and Certified Pre-Owned Volkswagen and Audi vehicles. Your clients were informed of VWoA and AoA's decision to extend the termination date to July 13, 2012 by Mr. Weidle and Mr. Hall's July 3, 2012 letters, which Mr. Wackerli should have received on July 5, 2012 and that I trust you forwarded in any event.

    The additional time that VWoA and AoA extended to Wackerli before termination, including the week between your client's receipt of the letters on July 5, 2012 and the effective date of termination was more than sufficient for Wackerli to complete open warranty repair orders and to report vehicle sales. We therefore do not understand how you can accuse VWoA and AoA of taking a "hard line" and, moreover, do not understand why Wackerli would need more time to finish open warranty repair orders and report sold vehicles.



BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP

Mr. Michael D. Gaffney, Esq.
July 10, 2012
Page 2

We also do not understand your comment about it being "difficult to wind up an ongoing, twenty year business in a matter of days." The termination of Wackerli's Volkswagen and Audi Dealer Agreements does not require Wackerli to cease its entire operations. Wackerli may use its Volkswagen and Audi facility for its original purpose, to sell pre-owned vehicles, and it may sell non-warranty parts and perform non-warranty service on any brand of motor vehicle. Moreover, Wackerli remains a Subaru dealer and a GMC, Buick, and Cadillac dealer.

As for signage, as expressed in the letters from Mr. Hall and Mr. Weidle, Volkswagen and Audi sign vendors will coordinate with Wackerli about removal of external building signage and any ground signs. Other signage should be removable by dealership staff. If there are specific signs that Wackerli needs to retain a vendor to remove, other than external building signage and ground signs, Wackerli should make arrangements for removal immediately and inform VWoA and AoA of the specific signs, the vendor, and the expected date of removal.

In view of the foregoing, VWoA and AoA will proceed to terminate Wackerli's Volkswagen and Audi Dealer Agreements on July 13, 2012 at 12:01 a.m. Wackerli's access to VWoA and AoA's systems will end at that time. Wackerli should complete all open warranty repair orders and make its reimbursement submissions by that time and should report all sales of new and Certified Pre-Owned Volkswagen and Audi vehicles by that time. With the exception of signage that needs to be removed by a vendor, Wackerli should, on July 13, 2012, meet all of its obligations pursuant to Article 15(3) of each brand's Dealer Agreement Standard Provisions. This includes, but is not limited to, ceasing use of any Authorized Trademarks or other intellectual property owned or licensed by VWoA or AoA.

Please note that VWoA and AoA will vigorously enforce their intellectual property rights if Wackerli continues, after termination, to use any Authorized Trademarks or other intellectual property owned or licensed by VWoA and AoA. If Wackerli continues to hold itself out as an authorized Volkswagen and Audi dealer following termination, it will operate as a willful and intentional infringer of VWoA and AoA's trademark and intellectual property rights. As such, in addition to any other actionable claims, VWoA and AoA will zealously pursue Wackerli for IP-related damages, including treble damages for willful infringement under the Lanham Act as well as attorneys' fees and costs should it attempt to operate as an authorized dealer after termination.

If you wish to discuss any of these matters, please feel free to contact me.

Very truly yours,

Steven J. Yatvin

Michael D. Gaffney, ISB No. 3558
BEARD ST. CLAIR GAFFNEY PA
2105 Coronado Street
Idaho Falls, Idaho 83404-7495
Telephone: (208) 523-5171
Facsimile: (208) 529-9732
Email: gaffney@beardstclair.com

Attorney for the Plaintiff

# IN THE SEVENTH JUDICIAL DISTRICT OF THE STATE OF IDAHO, COUNTY OF BONNEVILLE

| | |
|---|---|
| B.A. WACKERLI, CO., a corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VOLKSWAGEN OF AMERICA, INC., a corporation, & AUDI OF AMERICA, INC., a corporation. | Case No.: CV-12-3822<br><br>AFFIDAVIT OF STEVE WACKERLI |

STATE OF IDAHO     )
                   ) ss.
COUNTY OF BONNEVILLE )

I, Steve Wackerli, having first been sworn, hereby depose and state:

1. I am over the age of 18, am competent to testify, and do so from personal knowledge.

2. I am the president of B.A. Wackerli, Co., the plaintiff in this action.

3. Wackerli currently carries Buick, GMC, Cadillac, Subaru, VW, and Audi at three locations in Idaho Falls.

EXHIBIT B

Affidavit of Steve Wackerli    1

4. Wackerli has been a VW/Audi dealer in Idaho Falls for 23 years with an honest and trusting reputation in the community.

5. Termination of the Wackerli Volkswagen and Audi franchises on July 13, 2012 would result in the following:

   a. Loss of jobs. Dealerships employees approx. 70 employees with 30% employed at VW/Audi facility (21 individuals). With their spouses and dependents this could affect over 50 people.

   b. Cancelling the franchises would jeopardize Wackerli's credit relationship with its current bank that provides credit lines for inventory at all three Wackerli dealerships.

   c. Wackerli has spent over $100,000 in training of VW & Audi managers, mechanics and sales consultants in the last 15 months. There is a substantial risk of a mass employee departure.

   d. Approx. 38% of overall corporate sales and service revenue comes from VW/Audi. This would be a huge loss to Wackerli.

   e. Adverse publicity would affect Wackerli's overall reputation and create significant customer confusion and dissatisfaction.

   f. Sold order cars for customers would be delivered to another dealer location at a great inconvenience for the customer to pick up. The closest for VW is Twin Falls and the closest for Audi is Utah.

   g. Cancelling computer communications would make it so dealership could not order parts, do warranty work on customer vehicles, or sale VW or Audi vehicles.

Affidavit of Steve Wackerli   2

      h. Currently 30 backlog of service work that we could not complete.

      i. Hardship on 23 years of loyal VW/Audi Customers.

DATED: July __, 2012

_____
Steve Wackerli

Subscribed and sworn to before me this 12th day of July, 2012

_____
Notary Public for Idaho
Residing at: Idaho Falls, ID
Commission expires: 9-11-14
(SEAL)

JESSICA WILSON
NOTARY PUBLIC
STATE OF IDAHO

Affidavit of Steve Wackerli    3