EXHIBIT T

# BEFORE THE IDAHO TRANSPORTATION DEPARTMENT, IN THE STATE OF IDAHO

| | |
|---|---|
| IN THE MATTER OF THE PROTEST OF NOTICE OF FRANCHISE AGREEMENT TERMINATION:<br><br>B.A. WACKERLI CO., Franchisee,<br><br>vs.<br><br>VOLKSWAGEN OF AMERICA, INC., Franchisor, | ORDER GRANTING B. A. WACKERLI CO.'S EMERGENCY MOTION FOR IMMEDIATE ADMINISTRATIVE STAY |
| IN THE MATTER OF THE PROTEST OF NOTICE OF FRANCHISE AGREEMENT TERMINATION:<br><br>B.A. WACKERLI CO., Franchisee,<br><br>vs.<br><br>AUDI OF AMERICA, INC., Franchisor, | |

This matter having come before the Idaho Transportation Department by means of the franchisee's Emergency Motion for Immediate Administrative Stay, and good cause having been found,

IT IS HEREBY ORDERED that an immediate administrative stay is issued and that Audi and Volkswagen shall not terminate their dealer agreements with B.A. Wackerli until such time as the Director shall be able to fully review the Wackerli appeal and issue a decision in due course

DATED: July 12, 2012

Order Granting B.A. Wackerli Co.'s Emergency Motion for Immediate   1
Administrative Stay

for [signature]
_____
Brian Ness
Director, Idaho Transportation Dept.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 12th day of July, 2012, I caused to be served true and correct copies of the foregoing document to the following parties:

Lee Radford
Moffatt Thomas Barrett Rock & Shields
PO Box 51505
Idaho Falls, ID 83405
Fax: (208) 522-5111

**Via:**
( ) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
(✓) Facsimile
( ) Email (pdf attachment)

Owen H. Smith
Steve Yatvin
Barack Ferrazzano Kirschbaum & Nagelberg
200 West Madison Street, Suite 3900
Chicago, IL 60606
owen.smith@bfkn.com
steve.yatvin@bfkn.com
Fax: (312) 984-3150

**Via:**
( ) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
(✓) Facsimile
( ) Email (pdf attachment)

Stephen Bywater
Bywater Law Office
PO Box 170399
Boise, ID 83717
FaxL (208) 995-2748

**Via:**
( ) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
(✓) Facsimile
( ) Email (pdf attachment)

John M. Avondet
Beard St. Clair Gaffney
2105 Coronado Street
Idaho Falls, ID 83404
Fax: (208) 529-9732

**Via:**
( ) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
(✓) Facsimile
( ) Email (pdf attachment)

By: _____
Title: Legal Section
Idaho Transportation Department

Order Granting B.A. Wackerli Co.'s Emergency Motion for Immediate   3
Administrative Stay