EXHIBIT U

BEFORE THE IDAHO TRANSPORTATION
DEPARTMENT, IN THE STATE OF IDAHO

| | |
|---|---|
| IN THE MATTER OF THE PROTEST OF      )<br>NOTICE OF FRANCHISE AGREEMENT    )<br>TERMINATION:        )<br>     )<br>B.A. WACKERLI CO., Franchisee,      )<br>     )<br>vs.      )<br>     )<br>VOLKSWAGEN OF AMERICA, INC.,      )<br>     )<br>     )<br>Franchisor      )<br>     )<br>     ) | ORDER OF DISMISSAL AND<br>DISSOLUTION OF STAY |
| IN THE MATTER OF THE PROTEST OF      )<br>NOTICE OF FRANCHISE AGREEMENT    )<br>TERMINATION:        )<br>     )<br>B.A. WACKERLI CO., Franchisee,      )<br>     )<br>vs.      )<br>AUDI OF AMERICA, INC.,      )<br>Franchisor      ) | |

This matter came before the Idaho Transportation Department for a hearing. A hearing was conducted and on June 8, 2012, the hearing officer issued a preliminary order. The Petitioner (Wackerli) filed a Petition for Review of the preliminary order on June 29, 2012. However, Idaho Code 40-1617(3) provides:

> (3) The department shall render its final determination within one hundred twenty (120) days after the manufacturer responds to the protest. Unless waived by the parties, failure to do so shall be deemed the equivalent of a determination that good cause does exist for termination, addition, relocation, or nonhonor of the succession, unless the delay is caused by acts of the manufacturer.

In a letter dated July 13, 2012, the Respondents, Volkswagen of America, Inc. and Audi of America, advised me that the statutory 120 day period expired on July 5, 2012.

By operation of law then, the proceedings before the Idaho Transportation Department are concluded and I am unable to further review or modify the Preliminary Order of the hearing officer issued in this matter.

Therefore it is ORDERED that the Petition for Review is hereby DISMISSED and the PRELIMINARY ORDER of the hearing officer is the FINAL ORDER of the Department.

IT IS FURTHER ORDERED that all proceedings in this administrative matter are VACATED and the STAY issued on July 12, 2012 is dissolved.

The Final Order is the final administrative action of the Idaho Transportation Department, pursuant to Idaho Code. Any party to this proceeding has the right to judicial review in the district court, pursuant to Idaho Code §67-5270.

DATED this 13th day of July, 2012

Brian W. Ness
Director, Idaho Transportation Department

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of July, 2012, I caused to be served a true and correct copy of the foregoing by the method indicated below, and addressed to the following:

John M. Avondet
Beard St. Clair Gaffney
2105 Coronado Street
Idaho Falls, ID 83404

☐ U.S. Mail
☐ Hand Delivered
☐ Overnight Mail
☒ Telecopy (Fax) 208-529-9732
☐ Email

Owen W. Smith
Steve Yatvin
Barack Ferrazzano Kirschbaum & Nagelberg
200 West Madison Street, Suite 3900
Chicago, IL 60606
owen.smith@bfkn.com
steve.yatvin@bfkn.com

☐ U.S. Mail
☐ Hand Delivered
☐ Overnight Mail
☒ Telecopy (Fax) 312-984-3150
☐ Email

Stephen Bywater
Bywater Law Office
PD Box 170399
Boise, ID 83717

☐ U.S. Mail
☐ Hand Delivered
☐ Overnight Mail
☒ Telecopy (Fax) 208-995-2748
☐ Email

Stephen R. Thomas
Moffatt Thomas Barrett Rock & Shields
P.O. Box 829
Boise, ID 83701-0829

☐ U.S. Mail
☐ Hand Delivered
☐ Overnight Mail
☒ Telecopy (Fax) 208-385-5384
☐ Email

Karen Woodhead
Legal Section