## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| B.A. WACKERLI, CO., a corporation, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Hon. B. Lynn Winmill ) |
| VOLKSWAGEN OF AMERICA, INC., a corporation, & AUDI OF AMERICA, INC., a corporation | ) Case No. 4:12-cv-00373-BLW ) ) ) |
| Defendant. | ) ) ) |

### ORDER

In accordance with the Stipulation of Dismissal with Prejudice filed concurrently herewith,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Judgment be entered in favor and that this case be DISMISSED IN ITS ENTIRETY.

DATED: July 30, 2013

B. LYNN WINMILL
Chief Judge U.S. District Court